MICHAEL MOGAN (S.B.N. 304107)
LAW OFFICE OF MICHAEL MOGAN P.C.
4470 W. SUNSET BLVD., #90256
LOS ANGELES, CA 90027
Telephone: (949) 424-5237
Fax: (949) 630-0477
mm@michaelmogan.com
Attorney for Petitioner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCCLUSKEY<br><br>Petitioner<br><br>v.<br><br>AIRBNB INC.<br>`<br><br>Respondent | **CASE:** 2:19-cv-9613<br><br>PETITION TO VACATE ARBITRATION AWARD<br><br>[Filed concurrently with Motion to Vacate Arbitration Award; Declaration of Veronica McCluskey And Declaration of Michael Mogan]<br><br>Date: None set.<br>Time: None set. |

PETITION TO VACATE ARBITRATION AWARD

# PETITION TO VACATE ARBITRATION AWARD

Veronica McCluskey ("Petitioner" OR "Veronica") petitions and moves this Court for an order vacating an arbitration award in favor of AIRBNB, Inc. ("Respondent"), in an arbitration between Petitioner and Respondent rendered pursuant to the FAA in Los Angeles. The arbitrator served the award to the parties on October 31, 2019.

## PARTIES

Petitioner was a citizen of Nevada in June 2017 as well as through January 5, 2018 and since then has been a citizen of Nevada. (McCluskey Decl ¶2) Airbnb, Inc. is a Delaware corporation, with its principal place of business at 888 Brannan St #4, San Francisco, CA 94103.

## JURISDICTION AND VENUE

Petitioner was a citizen of Nevada in June 2017 as well as through January 5, 2018 and since then has been a citizen of Nevada. (McCluskey Decl ¶2) Airbnb, Inc. is a Delaware corporation, with its principal place of business at 888 Brannan St #4, San Francisco, CA 94103.

## GROUNDS FOR VACATING THE AWARD AND REMANDING IT

This petition is brought as a predicate for a formal motion to vacate to be made and heard by the Court pursuant to 9 U.S.C. § 6. See 9 U.S.C. § 6 ("Any application to the court hereunder shall be made and heard in the manner provided by law for the making and hearing of motions, except as otherwise herein expressly provided").

Arbitration was not appropriate because all contracts executed between Petitioner and Respondent containing any arbitration clauses were illegal and against public policy since Airbnb is an unlicensed real estate Broker under Cal. Bus. and Prof. Code §10130 nor exempt from these laws.

Chapter 1 of Title 9 of the U.S. Code provides the statutory grounds for vacatur of an arbitral award. Specifically, pursuant to 9 U.S.C. §10, an award may be vacated for: (1) corruption, fraud, or undue means; (2) evident partiality or arbitrator corruption; (3) arbitrator misbehavior that prejudiced a party's rights; or (4) excess of authority. 9 U.S.C. §10.

The Award here should be vacated pursuant to subsections (3) and (4) of 9 U.S.C. §10: - Misbehavior --- "the arbitrators were guilty of misconduct in refusing to postpone the hearing, upon sufficient cause shown, or in refusing to hear evidence pertinent and material to the controversy; or of any other misbehavior by which the rights of any party have been prejudiced" (9 U.S.C. §10(3)); and - Excess of Powers -- "the arbitrators exceeded their powers, or so imperfectly executed them that a mutual, final, and definite award upon the subject matter submitted was not made" (9 U.S.C. §10(4)).

In addition, the Award should be vacated because it was rendered in manifest Disregard of the law. The arbitrator's misconduct also violated public policy.

Veronica's petition for an order vacating the Award in its entirety is based on the accompanying motion, the memorandum points and authorities filed, the supporting evidenced filed herewith, the papers and pleadings to be filed in this proceeding and upon such other and further evidence or argument as may be presented hereafter and/or at any hearing upon this motion.

Petitioner also requests oral argument.

Respectfully submitted,

By: /s/ Michael Mogan
     Michael Mogan
     Attorney for Petitioner

# CERTIFICATE OF SERVICE

  I hereby certify that on November 8, 2019 a copy of the foregoing Motion and Petition To Vacate was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

              Respectfully submitted

              <u>By:/s/Michael Mogan</u>

               Michael Mogan
              Attorney for Petitioner