MICHAEL MOGAN (S.B.N. 304107)
LAW OFFICE OF MICHAEL MOGAN P.C.
4470 W. SUNSET BLVD., #90256
LOS ANGELES, CA 90027
Telephone: (949) 424-5237
Fax: (949) 630-0477
mm@michaelmogan.com
Attorney for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA MCCLUSKEY | **CASE No**. 2:19-cv-09613-CAS-PJW |
| Petitioner | DECLARATION OF MICHAEL MOGAN AND EXHIBITS |
| v. | |
| AIRBNB INC. | [Filed concurrently with Petitioner's Notice Of Motion And Motion To Vacate Arbitration Award And Declaration Of Veronica McCluskey] |
| Respondent | Date: December 16, 2019<br>Time: 10:00 AM<br>Courtroom: 8D<br>Hon. Christina A. Snyder |

## DECLARATION OF MICHAEL MOGAN

I, Michael Mogan, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am counsel of record for the Veronica McCluskey ("Petitioner") in this action. I have personal knowledge of the facts contained in this declaration except those facts set forth upon information and belief. As to those facts, I believe them to be true. If called as a witness, I could and would testify competently to the facts set forth below. I submit this Declaration in support of Petitioner' Veronica McCluskey's petition and motion o vacate the arbitration award. .

1. At all times relevant to Petitioner's claims Airbnb Inc. has not held a real estate broker's license issued by the California Department of Real Estate.

2. Petitioner  and Airbnb Inc. eventually agreed to a joint discovery plan but since both parties agreed to permit Respondent to seek summary judgment based on the language in Version 7 the parties agreed to postpone commencement of discovery and informed the arbitrator the parties would revisit the issue.

3. Petitioner filed her motion and after a hearing on June 11, 2019 the Arbitrator allowed additional briefing because I asked the Arbitrator to deny Respondent's motion immediately because it raised issues about extended scope of Airbnb's dispositive motion and the arbitrator only allowed additional briefing due in a week.

4. No evidentiary hearing was allowed before the final award.

5. At the June 11, 2019 hearing the arbitrator would only agree to let Petitioner file a supplemental brief on Version 6 but he made no mention he would still consider the additional issues raised by Respondent beyond Version 7 which were not agreed to.

6. When Petitioner filed a supplemental brief she again informed the arbitrator in the brief what was agreed to and also stated she only agreed to a dispositive motion on Version 7 and at the October 10, 2019 hearing and demanded to be able to complete discovery and an evidentiary hearing and compel Airbnb's employees and Hendricks to testify at before the arbitrator ruled upon dismissing any of Petitioner's claim.

7. At the October 10, 2019 hearing I stated I had knowledge Hendricks was in a room with Petitioner when he visited the rental and questioned how Michele Floyd could have such knowledge. She also made statements about Airbnb Payments Inc. being a wholly owned subsidiary but offered no detailed payment specifics concerning Airbnb's operations or payments to and from Petitioner. The Arbitrator did not allow post-hearing briefing to allow the parties to address any factual issues discussed for the first time Oct. 8th 2019.

8. The arbitrator would only allow Petitioner to file a supplemental brief on a specific issue whether the language in version 6 barred Petitioner's claims and but she was not permitted to conduct discovery before the next hearing to prove that material issues of disputed facts existed for all Petitioner's claims.

9. At the October 10, 2019 I stated to the Arbitrator evidence of Airbnb internal emails were submitted to prove Airbnb employees retaliated against Petitioner because she complained to Fox News and the Los Angeles police department about ongoing criminal activity at an Airbnb rental. The arbitrator made no mention such evidence would be considered or that additional evidence was required to prove these factual issues.

10. At the October 8, 2019 hearing I requested an opportunity to conduct discovery from Airbnb employees to prove Airbnb created a situation of unreasonable risk of harm in introducing her to a criminal in Hendricks via the Airbnb platform, to prove Hendricks was terrorizing her, to prove Airbnb's cohost program inherently creates an unreasonable risk of harm, to prove Airbnb employees forced her to stay working for the Hendricks apartment and even threatened her with termination of her account if she quit which would destroy her financial well being.

11. The arbitrator Alan Jampol's office is located at 12121 Wilshire Blvd in Los Angeles.

12. Attached as " Exhibit 001" is a true and accurate copy of the arbitrator's final award.

13. Attached as  "Exhibits 002 – is a true and accurate copy of the parties Joint Dispositive Motion Agreement.

14. Attached as  "Exhibits 002 – is a true and accurate copy of the parties Joint Dispositive Motion Agreement.

15. Attached as " Exhibit 003" is a true and accurate copy of Airbnb Answering Statement in response to Petitioner's arbitration demand.

16. Attached as " Exhibit 004 " is a true and accurate copy of the declaration of Kyle Miller in support of Defendant Airbnb Inc's motion to compel arbitration.

17. Attached as " Exhibit A-101" is a true and accurate copy of the arbitrator's prehearing order 1.

18. Attached as " Exhibit A-102" is a true and accurate copy of the arbitrator's prehearing order 2.

19. Attached as " Exhibit A-103" is a true and accurate copy of the arbitrator's prehearing order 3.

20. Attached as " Exhibit A-104" is a true and accurate copy of the arbitrator's prehearing order 4.

21. Attached as " Exhibit A-105" is a true and accurate copy of the arbitrator's prehearing order 5.

22. Attached as " Exhibit A-106" is a true and accurate copy of the arbitrator's prehearing order 6.

23. Attached as " Exhibit B-1 " is a true and accurate copy of Claimant's Motion For Summary Judgment.

24. Attached as " Exhibit B-1.1 " is a true and accurate copy of  the Declaration Of Michael Mogan Filed In Support Of Claimant's Motion For Summary Judgment.

25. Attached as " Exhibit B-2 " is a true and accurate copy of Respondent's opposition to Claimant's Motion For Summary Judgment.

26. Attached as " Exhibit B-3 " is a true and accurate copy of the Declaration of J. Herrera ISO Airbnb's Opposition to Claimant's Motion for Summary Judgment.

27. Attached as " Exhibit B-4" is a true and accurate copy of Airbnb's Response to Claimant's Separate Statement of Undisputed Material Facts re Motion for Summary Judgment.

28. Attached as " Exhibit B-5" is a true and accurate copy of Claimant's Reply In Support Of Claimant's Motion For Summary Judgment.

29. Attached as " Exhibit C-1" is a true and accurate copy of Airbnb's Brief ISO Motion for Summary Judgment.

30. Attached as " Exhibit C-2" is a true and accurate copy of the Declaration of J. Herrera ISO Motion for Summary Judgment.

31. Attached as " Exhibit C-3" is a true and accurate copy of Declaration of J. Young ISO Airbnb Motion for Summary Judgment.

32. Attached as " Exhibit C-4" is a true and accurate copy of Airbnb's  Separate Statement of Undisputed Material Facts ISO Airbnb Motion for Summary Judgment.

33. Attached as " Exhibit C-5" is a true and accurate copy of Claimaint's Memorandum In Opposition To Respondent's Motion For Summary Judgment or Summary Adjudication.

34. Attached as " Exhibit C-6" is a true and accurate copy of Claimants Supplemental Brief With Exhibits $1 - 4$.

35. Attached as " Exhibit C-6.1" is a true and accurate copy of the Declaration of Michael Mogan In Support Of Claimant's Motion For Summary Judgment

36. Attached as " Exhibit C-6.2" is a true and accurate copy of Claimant's Response To Respondent's Separate Statement of Undisputed Material Facts

37. Attached as " Exhibit C-6.3" is a true and accurate copy of a Declaration Of Veronica McCluskey.

38. Attached as " Exhibit C-7" is a true and accurate copy of Airbnb's Supplemental Reply ISO Motion for Summary Judgment

39. Attached as " Exhibit D-1" is a true and accurate copy of the Complaint Filed in California Superior Court in January 2018.

40. Attached as " Exhibit E" is a true and accurate copy of the pertinent pages of the AAA Rules.

41. Attached as " Exhibit F" is a true and accurate copy of the letter indicating selection of Alan Jampol as arbitrator.

42. Attached as " Exhibit G" is a true and accurate of the oath Alan Jampol agreed to.

43. Attached as " Exhibit H" is a true and accurate of Petitoner's demand for arbitration.

44. Petitioner's lost profits exceeded $10,000 between June 2017 and January 2018. She had to start over using an account with no positive reviews and and had to seek new customers.

November 10, 2019

/s/ Michael Mogan_____

Michael Mogan