manufacture or production of missiles, or nuclear, chemical or biological weapons. Airbnb does not permit Listings associated with certain countries due to U.S. embargo restrictions.

**Accessing and Downloading the Application from iTunes**

The following applies to any Application accessed through or downloaded from the Apple App Store ("**App Store Sourced Application**"):

- You acknowledge and agree that (i) these Terms are concluded between you and Airbnb only, and not Apple, and (ii) Airbnb, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use of the App Store Sourced Application must comply with the App Store Terms of Services.

- You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the App Store Sourced Application.

- In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price for the App Store Sourced Application to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between Airbnb and Apple, any other claims, losses, liabilities, damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibility of Airbnb.

- You and Airbnb acknowledge that, as between Airbnb and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possession and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any claim that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation.

- You and Airbnb acknowledge that, in the event of any third-party claim that the App Store Sourced Application or your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between Airbnb and Apple, Airbnb, not Apple, will be solely responsible for the investigation, defense,

settlement and discharge of any such intellectual property infringement claim to the extent required by these Terms.

- You and Airbnb acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of these Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms as related to your license of the App Store Sourced Application against you as a third-party beneficiary thereof.

- Without limiting any other terms of these Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

**Reporting Misconduct**

If you stay with or host anyone who you feel is acting or has acted inappropriately, including but not limited to anyone who (i) engages in offensive, violent or sexually inappropriate behavior, (ii) you suspect of stealing from you, or (iii) engages in any other disturbing conduct, you should immediately report such person to the appropriate authorities and then to Airbnb by contacting us with your police station and report number; provided that your report will not obligate us to take any action beyond that required by law (if any) or cause us to incur any liability to you.

**Entire Agreement**

These Terms constitute the entire and exclusive understanding and agreement between Airbnb and you regarding the Site, Application, Services, Collective Content, and any bookings or Listings of Accommodations made via the Site, Application and Services, and these Terms supersede and replace any and all prior oral or written understandings or agreements between Airbnb and you regarding bookings or listings of Accommodations, the Site, Application, Services, and Collective Content.

**Assignment**

You may not assign or transfer these Terms, by operation of law or otherwise, without Airbnb's prior written consent. Any attempt by you to assign or transfer these Terms, without such consent, will be null and of no effect. Airbnb may assign or transfer these Terms, at its sole discretion, without restriction. Subject to the foregoing, these Terms will bind and inure to the benefit of the parties, their successors and permitted assigns.

**Notices**

Any notices or other communications permitted or required hereunder, including those regarding modifications to these Terms, will be in writing and given by Airbnb (i) via email (in each case to the address that you provide) or (ii) by posting to the Site or via the Application. For notices made by e-mail, the date of receipt will be deemed the date on which such notice is transmitted.

**Controlling Law and Jurisdiction**

These Terms and your use of the Services will be interpreted in accordance with the laws of the State of California and the United States of America, without regard to its conflict-of-law provisions. You and we agree to submit to the personal jurisdiction of a state court located in San Francisco County, San Francisco, California or a United States District Court, Northern District of California located in San Francisco, California for any actions for which the parties **retain the right to seek** injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights, **as set forth in the Dispute Resolution provision below.**

**Dispute Resolution**

You and Airbnb agree that any dispute, claim or controversy arising out of or relating to these Terms or the breach, termination, enforcement, interpretation or validity thereof, or to the use of the Services or use of the Site or Application (collectively, "**Disputes**") will be settled by binding arbitration, except that each party retains the right to seek injunctive or other equitable relief in a court of competent jurisdiction to prevent the actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights. You acknowledge and agree that you and Airbnb are each waiving the right to a trial by jury or to participate as a plaintiff or class member in any purported class action or representative proceeding. Further, unless both you and Airbnb otherwise agree in writing, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of any class or representative proceeding. If this specific paragraph is held unenforceable, then the entirety of this "Dispute Resolution" section will be deemed void. Except as provided in the preceding sentence, this "Dispute Resolution" section will survive any termination of these Terms.

Arbitration Rules and Governing Law. The arbitration will be administered by the American Arbitration Association ("**AAA**") in accordance with the Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related Disputes (the "**AAA Rules**") then in effect, except as modified by this "Dispute Resolution" section. (The AAA Rules are available at www.adr.org/arb_med or by calling the AAA at 1-800-778-7879.) The Federal Arbitration Act will govern the interpretation and enforcement of this section.

Arbitration Process. A party who desires to initiate arbitration must provide the other party with a written Demand for Arbitration as specified in the AAA Rules. (The AAA provides a form Demand for Arbitration and a separate form for California residents) The arbitrator will be either a retired judge or an attorney licensed to practice law in the state of California and will be selected by the parties from the AAA's roster of consumer dispute arbitrators. If the parties are

unable to agree upon an arbitrator within seven (7) days of delivery of the Demand for Arbitration, then the AAA will appoint the arbitrator in accordance with the AAA Rules.

<u>Arbitration Location and Procedure</u>. Unless you and Airbnb otherwise agree, the arbitration will be conducted in the county where you reside. If your claim does not exceed $10,000, then the arbitration will be conducted solely on the basis of documents you and Airbnb submit to the arbitrator, unless you request a hearing or the arbitrator determines that a hearing is necessary. If your claim exceeds $10,000, your right to a hearing will be determined by the AAA Rules. Subject to the AAA Rules, the arbitrator will have the discretion to direct a reasonable exchange of information by the parties, consistent with the expedited nature of the arbitration.

<u>Arbitrator's Decision</u>. The arbitrator will render an award within the time frame specified in the AAA Rules. The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court having jurisdiction thereof. The arbitrator's award damages must be consistent with the terms of the "Limitation of Liability" section above as to the types and the amounts of damages for which a party may be held liable. The arbitrator may award declaratory or injunctive relief only in favor of the claimant and only to the extent necessary to provide relief warranted by the claimant's individual claim. If you prevail in arbitration you will be entitled to an award of attorneys' fees and expenses, to the extent provided under applicable law. Airbnb will not seek, and hereby waives all rights it may have under applicable law to recover, attorneys' fees and expenses if it prevails in arbitration.

<u>Fees</u>. Your responsibility to pay any AAA filing, administrative and arbitrator fees will be solely as set forth in the AAA Rules. However, if your claim for damages does not exceed $75,000, Airbnb will pay all such fees unless the arbitrator finds that either the substance of your claim or the relief sought in your Demand for Arbitration was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).

<u>Changes</u>. Notwithstanding the provisions of the "Modification" section above, if Airbnb changes this "Dispute Resolution" section after the date you first accepted these Terms (or accepted any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by email) within 30 days of the date such change became effective, as indicated in the "Last Updated Date" above or in the date of Airbnb's email to you notifying you of such change. By rejecting any change, you are agreeing that you will arbitrate any Dispute between you and Airbnb in accordance with the provisions of this "Dispute Resolution" section as of the date you first accepted these Terms (or accepted any subsequent changes to these Terms).

**General**

The failure of Airbnb to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of Airbnb. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise. If for any reason an arbitrator or a court of competent jurisdiction finds any provision

of these Terms invalid or unenforceable, that provision will be enforced to the maximum extent permissible and the other provisions of these Terms will remain in full force and effect.

**Third party beneficiary**

These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties. Notwithstanding the foregoing, the parties agree that the payment card networks are third party beneficiaries of these Terms for purposes of enforcing provisions related to payments, but that their consent or agreement is not necessary for any changes or modifications to these Terms.

**Additional Clauses for Users Contracting with Airbnb Ireland**

The following paragraphs will apply if you are contracting with Airbnb Ireland.

The final sentence in the **Suspension, Termination and Airbnb Account Cancellation** clause shall be removed and replaced with the following:
*"Please note that if your Airbnb Account is cancelled, we do not have an obligation to return to you any Content you have posted to the Site, Application and Services, including, but not limited to, any reviews or Feedback."*

The **Controlling Law and Jurisdiction** clause shall be removed and replaced with the following: *"**Controlling Law and Jurisdiction** These Terms will be interpreted in accordance with Irish law. You and we agree to submit to the non-exclusive jurisdiction of the Irish courts for resolving any dispute between the parties. If Airbnb wishes to enforce any of its rights against you, we may elect to do so in the Irish courts or in the courts of the jurisdiction in which you are resident."*

The **Dispute Resolution** clause shall be removed and is not applicable.

The **Export Control and Restricted Countries** clause shall be amended by the following: *"**Export Control and Restricted Countries** In addition to complying with the main Export Control and Restricted Countries clause, you must also comply with any relevant export control laws in your local jurisdiction."*

The **Bookings and Financial Terms for Guests** clause shall be amended by the following: *"**Bookings and Financial Terms for Guests** In addition to complying with the main Bookings and Financial Terms for Guests clause, you also acknowledge that if your Airbnb account is located in Brazil and you are paying by credit card, you may pay for your booking in multiple installments as long as your credit card supports installments and is issued in Brazil. The number of installments may vary, but will be presented to you before you complete your booking transaction. You also acknowledge that the Total Fees may be increased in case you choose to pay for your booking using credit card installments."*

**Contacting Airbnb**

If you have any questions about these Terms or any App Store Sourced Application, please contact Airbnb.

# EXHIBIT J

# Terms of Service

**IF YOU RESIDE IN THE UNITED STATES, PLEASE NOTE: SECTION 34 OF THESE TERMS OF SERVICE CONTAIN AN ARBITRATION CLAUSE AND CLASS ACTION WAIVER. IT AFFECTS HOW DISPUTES WITH AIRBNB ARE RESOLVED. BY ACCEPTING THESE TERMS OF SERVICE, YOU AGREE TO BE BOUND BY THIS ARBITRATION PROVISION. PLEASE READ IT CAREFULLY.**

PLEASE READ THESE TERMS OF SERVICE CAREFULLY AS THEY CONTAIN IMPORTANT INFORMATION REGARDING YOUR LEGAL RIGHTS, REMEDIES AND OBLIGATIONS. THESE INCLUDE VARIOUS LIMITATIONS AND EXCLUSIONS CLAUSE THAT GOVERNS THE JURISDICTION AND VENUE OF DISPUTES, AND OBLIGATIONS TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS.

IN PARTICULAR, HOSTS SHOULD UNDERSTAND HOW THE LAWS WORK IN THEIR RESPECTIVE CITIES. SOME CI HAVE LAWS THAT RESTRICT THEIR ABILITY TO HOST PAYING GUESTS FOR SHORT PERIODS. THESE LAWS ARE OFTEN PART OF A CITY'S ZONING OR ADMINISTRATIVE CODES. IN MANY CITIES, HOSTS MUST REGISTER, GET PERMIT, OR OBTAIN A LICENSE BEFORE LISTING A PROPERTY OR ACCEPTING GUESTS. CERTAIN TYPES OF SHORT-TERM BOOKINGS MAY BE PROHIBITED ALTOGETHER. LOCAL GOVERNMENTS VARY GREATLY IN HOW T ENFORCE THESE LAWS. PENALTIES MAY INCLUDE FINES OR OTHER ENFORCEMENT. HOSTS SHOULD REVIEW LOCAL LAWS BEFORE LISTING A SPACE ON AIRBNB.

Last Updated: October 27, 2016

1. **Key Terms**

   Airbnb provides an online platform that connects hosts who have accommodations to list and book with guests seeking to book such accommodations (collectively, the "**Services**"), which Services are accessible at *www.airbnb.com* and any other websites through which Airbnb makes the Services available (collectively, the "**Site**") and as applications for mobile, tablet and other smart devices and application program interfaces (collectiv the "**Application**").

   If you are using the Site, Application or Services and you reside in the USA, these Terms of Service are between yo and Airbnb, Inc. If you reside outside of the USA and the People's Republic of China (which for purposes of these Terms of Service does not include Hong Kong, Macau and Taiwan) (hereinafter "**China**"), these Terms of Service a between you and Airbnb Ireland UC (hereinafter referred to as Airbnb Ireland). If you reside in China, these Terms o Service are between you and Airbnb Internet (Beijing) Co., Ltd. ("**Airbnb China**") except where you book Accommodation or when you create a Listing outside of China, in which case these Terms of Service are between and Airbnb Ireland for that transaction. If you initially reside in the USA and contract with Airbnb, Inc., but subsequently change your residence to outside of the USA, you will contract with Airbnb China if you change your residence to China and with Airbnb Ireland otherwise, from the date on which your place of residence changes, an so on and so forth. (Airbnb, Inc., Airbnb Ireland and Airbnb China are each hereinafter referred to as "**Airbnb**", "**we**", "**us**", or "**our**"). Additionally, if your Airbnb contracting entity under this Section is Airbnb China, you will neverthele contract with Airbnb Ireland for all Bookings confirmed prior to December 7, 2016 at 10:00am UTC. Airbnb Payme Inc., Airbnb Payments UK Ltd., Airbnb Payments India Pvt. Ltd. and Airbnb China (individually and collectively, as appropriate, "**Airbnb Payments**") handle any and all payments and payouts conducted through or in connection v the Site, Application or Services ("**Payment Services**"). Payment Services provided by Airbnb Payments are subje to the *Payments Terms of Service* ("**Payments Terms**").

   "**Accommodation**" means residential and other properties.

   "**Airbnb Content**" means all Content that Airbnb makes available through the Site, Application, Services, or its rela promotional campaigns and official social media channels, including any Content licensed from a third party, but excluding Member Content.

"**Booking**" means a limited license granted by the Host to the Guest to enter and use the Listing for the limited duration of the confirmed booking, during which time the Host (only where and to the extent permitted by applicable law) retains the right to re-enter the Accommodation, in accordance with the Guest's agreement with the Host. Please note, as used on the Site, Applications, and Services, "short term rental" and "home sharing" have the same meaning as "Booking;" all three terms mean a limited license to enter and use the Accommodation for the duration of the confirmed booking as defined above.

"**Booking Request Period**" means the time period starting from the time when a Booking is requested by a Guest (as determined by Airbnb in its sole discretion), within which a Host may decide whether to confirm or reject that Booking request, as stated on the Site, Application or Services. Different Booking Request Periods may apply in different places.

"**Collective Content**" means Member Content and Airbnb Content.

"**Communication**" means an email, message via the Application, text message or message to a WeChat account.

"**Content**" means text, graphics, images, music, software (excluding the Application), audio, video, information or other materials.

"**Guest**" means a Member who requests from a Host a Booking of a Listing via the Site, Application or Services, or a Member who stays at an Accommodation and is not the Host for the associated Listing.

"**Host**" means a Member who creates a Listing via the Site, Application and Services.

"**Listing**" means an Accommodation that is listed by a Host as available for Booking via the Site, Application, and Services.

"**Member**" means a person who completes Airbnb's account registration process, including but not limited to Hosts and Guests, as described under "Account Registration" below.

"**Member Content**" means all Content that a Member posts, uploads, publishes, submits, transmits, or includes in their Listing, Member profile or Airbnb promotional campaign to be made available through the Site, Application or Services.

"**Tax**" or "**Taxes**" mean any sales taxes, value added taxes (VAT), goods and services taxes (GST), transient occupancy taxes, tourist or other visitor taxes, accommodation or lodging taxes, fees (such as convention center fees) that Accommodation providers may be required by law to collect and remit to governmental agencies, and other similar municipal, state, federal and national indirect or other withholding and personal or corporate income taxes.

2. **Terms of Service**

By using the Site, Application or Services, you agree to comply with and be legally bound by the terms and conditions of these Terms of Service ("**Terms**"), whether or not you become a registered user of the Services. These Terms govern your access to and use of the Site, Application and Services and all Collective Content (defined below), and your participation in the Referral Program (defined below), and constitute a binding legal agreement between you and Airbnb. Please also read carefully our Privacy Policy at *www.airbnb.com/terms/privacy_policy*.

In addition, certain areas of the Site and Application (and your access to or use of certain aspects of the Services or Collective Content) may have different terms and conditions, standards, guidelines, or policies posted or may require you to agree with and accept additional terms and conditions. If there is a conflict between these Terms and terms and conditions posted for a specific area of the Site, Application, Services, or Collective Content, the latter terms and conditions will take precedence with respect to your use of or access to that area of the Site, Application, Services or Collective Content.

If you do not agree to these Terms, you have no right to obtain information from or otherwise continue using the Site, Application or Services. Failure to use the Site, Application or Services in accordance with these Terms may subject

you to civil and criminal penalties.

THE SITE, APPLICATION AND SERVICES COMPRISE AN ONLINE PLATFORM THROUGH WHICH HOSTS MAY CREATE LISTINGS FOR ACCOMMODATIONS AND GUESTS MAY LEARN ABOUT AND BOOK ACCOMMODATIO DIRECTLY WITH THE HOSTS. YOU UNDERSTAND AND AGREE THAT AIRBNB IS NOT A PARTY TO ANY AGREEMENTS ENTERED INTO BETWEEN HOSTS AND GUESTS, NOR IS AIRBNB A REAL ESTATE BROKER, AGENT OR INSURER. AIRBNB HAS NO CONTROL OVER THE CONDUCT OF HOSTS, GUESTS AND OTHER US OF THE SITE, APPLICATION AND SERVICES OR ANY ACCOMMODATIONS, AND DISCLAIMS ALL LIABILITY IN THIS REGARD TO THE MAXIMUM EXTENT PERMITTED BY LAW.

IF YOU CHOOSE TO CREATE A LISTING ON AIRBNB, YOU UNDERSTAND AND AGREE THAT YOUR RELATIONS WITH AIRBNB IS LIMITED TO BEING A MEMBER AND AN INDEPENDENT, THIRD-PARTY CONTRACTOR, AND N AN EMPLOYEE, AGENT, JOINT VENTURER OR PARTNER OF AIRBNB FOR ANY REASON, AND YOU ACT EXCLUSIVELY ON YOUR OWN BEHALF AND FOR YOUR OWN BENEFIT, AND NOT ON BEHALF OF OR FOR TH BENEFIT OF AIRBNB. AIRBNB DOES NOT CONTROL, AND HAS NO RIGHT TO CONTROL, YOUR LISTING, YOU OFFLINE ACTIVITIES ASSOCIATED WITH YOUR LISTING, OR ANY OTHER MATTERS RELATED TO ANY LISTING THAT YOU PROVIDE. AS A MEMBER YOU AGREE NOT TO DO ANYTHING TO CREATE A FALSE IMPRESSION T YOU ARE ENDORSED BY, PARTNERING WITH, OR ACTING ON BEHALF OF OR FOR THE BENEFIT OF AIRBNB, INCLUDING BY INAPPROPRIATELY USING ANY AIRBNB *INTELLECTUAL PROPERTY*.

YOU ACKNOWLEDGE AND AGREE THAT, BY ACCESSING OR USING THE SITE, APPLICATION OR SERVICES C BY DOWNLOADING OR POSTING ANY CONTENT FROM OR ON THE SITE, VIA THE APPLICATION OR THROUC THE SERVICES, YOU ARE INDICATING THAT YOU HAVE READ, AND THAT YOU UNDERSTAND AND AGREE TO BOUND BY THESE TERMS AND RECEIVE OUR SERVICES (INCLUDING, WHERE APPLICABLE, PROGRAMS SU AS THE *HOST PROTECTION INSURANCE PROGRAM*, WHETHER OR NOT YOU HAVE REGISTERED WITH THE SITE AND APPLICATION. IF YOU DO NOT AGREE TO THESE TERMS, THEN YOU HAVE NO RIGHT TO ACCESS USE THE SITE, APPLICATION, SERVICES, OR COLLECTIVE CONTENT. If you accept or agree to these Terms on behalf of a company or other legal entity, you represent and warrant that you have the authority to bind that comp or other legal entity to these Terms and, in such event, "you" and "your" will refer and apply to that company or oth legal entity.

3. **Modification**

Airbnb reserves the right, at its sole discretion, to modify the Site, Application or Services or to modify these Terms including the Service Fees, at any time and without prior notice. If we modify these Terms, we will post the modification on the Site or via the Application and/or provide you notice of the modification by email. We will also update the "Last Updated" date at the top of these Terms. Changes to the Terms will be effective at the time of posting. Your continued access or use of the Site, Application or Services will constitute acceptance of the modifie Terms. Additionally, if the modified Terms contain material changes applicable to existing Members (by decreasing your rights or increasing your responsibilities), we will provide you with notice prior to the changes taking effect. If modified Terms are not acceptable to you, your only recourse is to cease using the Site, Application and Services. you do not close your Airbnb Account you will be deemed to have accepted the changes.

4. **Eligibility**

The Site, Application and Services are intended solely for persons who are 18 or older. Any access to or use of the Site, Application or Services by anyone under 18 is expressly prohibited. By accessing or using the Site, Applicatio or Services you represent and warrant that you are 18 or older.

For users in the United States, Airbnb will, to the extent permitted by applicable laws and if we have sufficient information to identify a user, obtain reports from public records of criminal convictions or sex offender registratio the user. For users outside the United States, we may, to the extent permitted by applicable laws and if we have sufficient information to identify a user, obtain the local version of background or registered sex offender checks i sole discretion. You agree and authorize us to use your personal information, such as your full name and date of b to obtain such reports, including from Airbnb's vendors.

5. **How the Site, Application and Services Work**

The Site, Application and Services can be used to facilitate the listing and Booking of **Accommodations**. Such Accommodations are included in Listings on the Site, Application and Services by Hosts. You may view Listings as unregistered visitor to the Site, Application and Services; however, if you wish to book an Accommodation or creat Listing, you must first register to create an Airbnb Account (defined below).

As stated above, Airbnb makes available an online platform or marketplace with related technology for Guests and Hosts to meet online and arrange for Bookings of Accommodations directly with each other. Airbnb is not an owne operator of properties, including, but not limited to, hotel rooms, motel rooms, other lodgings or Accommodations nor is it a provider of properties, including, but not limited to, hotel rooms, motel rooms, other lodgings or Accommodations and Airbnb does not own, sell, resell, furnish, provide, rent, re-rent, manage and/or control properties, including, but not limited to, hotel rooms, motel rooms, other lodgings or Accommodations or transportation or travel services. Unless explicitly specified otherwise in the Airbnb platform, Airbnb's responsibiliti are limited to facilitating the availability of the Site, Application and Services.

PLEASE NOTE THAT, AS STATED ABOVE, THE SITE, APPLICATION AND SERVICES ARE INTENDED TO BE USEI TO FACILITATE HOSTS AND GUESTS CONNECTING AND BOOKING ACCOMMODATIONS DIRECTLY WITH EAC OTHER. AIRBNB CANNOT AND DOES NOT CONTROL THE CONTENT CONTAINED IN ANY LISTINGS AND THE CONDITION, LEGALITY OR SUITABILITY OF ANY ACCOMMODATIONS. AIRBNB IS NOT RESPONSIBLE FOR AN DISCLAIMS ANY AND ALL LIABILITY RELATED TO ANY AND ALL LISTINGS AND ACCOMMODATIONS. ACCORDINGLY, ANY BOOKINGS WILL BE MADE OR ACCEPTED AT THE MEMBER'S OWN RISK.

6. **Account Registration**

In order to access certain features of the Site and Application, and to book an Accommodation or create a Listing, must register to create an account ("**Airbnb Account**") and become a Member. You may register to join the Servic directly via the Site or Application or as described in this section.

You can also register to join by logging into your account with certain third-party social networking sites ("**SNS**") (including, but not limited to, Facebook; each such account, a "**Third-Party Account**"), via our Site or Application described below. As part of the functionality of the Site, Application and Services, you may link your Airbnb Accou with Third-Party Accounts, by either: (i) providing your Third-Party Account login information to Airbnb through the Site, Services or Application; or (ii) allowing Airbnb to access your Third-Party Account, as permitted under the applicable terms and conditions that govern your use of each Third-Party Account. You represent that you are enti to disclose your Third-Party Account login information to Airbnb and/or grant Airbnb access to your Third-Party Account (including, but not limited to, for use for the purposes described herein), without breach by you of any of terms and conditions that govern your use of the applicable Third-Party Account and without obligating Airbnb to any fees or making Airbnb subject to any usage limitations imposed by such third-party service providers. By gran Airbnb access to any Third-Party Accounts, you understand that Airbnb will access, make available and store (if applicable) any Content that you have provided to and stored in your Third-Party Account ("**SNS Content**") so tha is available on and through the Site, Services and Application via your Airbnb Account and Airbnb Account profile page. Unless otherwise specified in these Terms, all SNS Content, if any, will be considered to be Member Conten all purposes of these Terms. Depending on the Third-Party Accounts you choose and subject to the privacy setting that you have set in such Third-Party Accounts, personally identifiable information that you post to your Third-Part Accounts will be available on and through your Airbnb Account on the Site, Services and Application. Please note if a Third-Party Account or associated service becomes unavailable or Airbnb's access to such Third-Party Accou terminated by the third-party service provider, then SNS Content will no longer be available on and through the Sit Services and Application. You have the ability to disable the connection between your Airbnb Account and your Th Party Accounts, at any time, by accessing the "Settings" section of the Site and Application. PLEASE NOTE THAT YOUR RELATIONSHIP WITH THE THIRD-PARTY SERVICE PROVIDERS ASSOCIATED WITH YOUR THIRD-PARTY ACCOUNTS IS GOVERNED SOLELY BY YOUR AGREEMENT(S) WITH SUCH THIRD-PARTY SERVICE PROVIDER Airbnb makes no effort to review any SNS Content for any purpose, including but not limited to for accuracy, legal or non-infringement and Airbnb is not responsible for any SNS Content.

Your Airbnb Account and your Airbnb Account profile page will be created for your use of the Site and Application based upon the personal information you provide to us or that we obtain via an SNS as described above. You may have more than one (1) active Airbnb Account. You agree to provide accurate, current and complete information

during the registration process and to update such information to keep it accurate, current and complete. Airbnb reserves the right to suspend or terminate your Airbnb Account and your access to the Site, Application and Servi if you create more than one (1) Airbnb Account, or if any information provided during the registration process or thereafter proves to be inaccurate, fraudulent, not current, incomplete, or otherwise in violation of these Terms of Service.

You are responsible for safeguarding your password. You agree that you will not disclose your password to any thi party.

Unless expressly authorized by a specific feature on Airbnb, you are not permitted to share your Airbnb Account w anyone or allow others to access or use your Airbnb Account. Airbnb may enable features, in our discretion, that a other Members to take certain actions associated with your Airbnb Account, on your behalf with your express authorization, such as having your executive assistant, travel agent, or employer book on your behalf or adding a family member to your account as an additional Host. You agree that you will take sole responsibility for any activi or actions under your Airbnb Account, whether or not you have authorized such activities or actions. You will immediately notify Airbnb of any unauthorized use of your Airbnb Account.

7. **Accommodation Listings**

As a Member, you may create Listings. To create a Listing, you will be asked a variety of questions about the Accommodation to be listed, including, but not limited to, the location, capacity, size, features, and availability of t Accommodation and pricing and related rules and financial terms. In order to be featured in Listings via the Site, Application and Services, all Accommodations must have valid physical addresses. Listings will be made publicly available via the Site, Application and Services. You understand and agree that the placement or ranking of Listing search results may depend on a variety of factors, including, but not limited to, Guest and Host preferences, rating and/or ease of Booking.

Other Members will be able to book your Accommodation via the Site, Application and Services based upon the information provided in your Listing, your Guest requirements, and Guests' search parameters and preferences. Yc understand and agree that once a Guest requests a Booking of your Accommodation, you may not request the Gu to pay a higher price than in the Booking request.

You acknowledge and agree that you alone are responsible for any and all Listings and Member Content you post Accordingly, you represent and warrant that any Listing you post and the Booking of, or a Guest's stay at, an Accommodation in a Listing you post (i) will not breach any agreements you have entered into with any third partie such as homeowners association, condominium, or other third party agreements, and (ii) will (a) be in compliance all applicable laws (such as zoning laws), Tax requirements, Intellectual Property laws, and rules and regulations th may apply to any Accommodation included in a Listing you post (including having all required permits, licenses an registrations), and (b) not conflict with the rights of third parties. Please note that Airbnb assumes no responsibility a Host's compliance with any agreements with or duties to third parties, applicable laws, rules and regulations. Air reserves the right, at any time and without prior notice, to remove or disable access to any Listing for any reason, including Listings that Airbnb, in its sole discretion, considers to be objectionable for any reason, in violation of the Terms or Airbnb's then-current *Policies and Community Guidelines* or *Standards*, *Trademark & Branding Guidelines* otherwise harmful to the Site, Application or Services.

If you are a Host, you understand and agree that Airbnb does not act as an insurer or as your contracting agent. If Guest requests a Booking of your Accommodation and stays at your Accommodation, any agreement you enter in with such Guest is between you and the Guest and Airbnb is not a party to it.

When you create a Listing, you may also choose to include certain requirements which must be met by the Memb who are eligible to request a Booking of your Accommodation, such as requiring Members to have a profile picture verified phone number, in order to book your Accommodation. Any Member wishing to book Accommodations included in Listings with such requirements must meet these requirements. More information on how to set such requirements is available via the "Hosting" section of the Site, Application and Services.

If you are a Host, Airbnb makes certain tools available to you to help you to make informed decisions about which Members you choose to confirm or preapprove for Booking for your Accommodation. You acknowledge and agree

that, as a Host, you are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals who reside at or are otherwise present at the Accommodation at your request or invitation, excluding the Guest (and the individuals the Guest invites to the Accommodation, if applicable.)

Airbnb recommends that Hosts obtain appropriate insurance for their Accommodations. Please review any insuran policy that you may have for your Accommodation carefully, and in particular please make sure that you are familia with and understand any exclusions to, and any deductibles that may apply for, such insurance policy, including, b not limited to, whether or not your insurance policy will cover the actions or inactions of or relating to Guests (and individuals the Guest invites to the Accommodation, if applicable) while at your Accommodation. Please also revie such policy for any interaction with the Airbnb Host Protection Insurance Program, to the extent provided in your jurisdiction.

Airbnb may offer Hosts the option of having photographers take photographs of their Accommodations. If you as Host choose to have photographer do this, Airbnb shall own all copyrights in photographs taken but these photographs will be made available to you to include in your Listing with a watermark or tag bearing the words "Airbnb.com Verified Photo" or similar wording (**"Verified Images"**). You agree that you alone are responsible for ensuring that your Listing is accurately represented in the Verified Images. You alone are responsible for using the Verified Images for your Listing and you warrant that you will cease to use the Verified Images or any other images such images cease to accurately represent your Listing or if you cease to be a Host for the Listing featured. All images, materials and content created by these photographers, including Verified Images, constitute Airbnb Conte regardless of whether you include them in your Listing and you agree not to use them except in your Listing witho prior authorization from Airbnb. If your Airbnb Account is terminated or suspended for any reason, you shall not us Verified Images in any way. You agree that Airbnb retains its right to and may use the Verified Images for advertisin marketing, commercial and other business purposes in any media or platform, whether in relation to your Listing o otherwise, without further notice or compensation.

8. **No Endorsement**

Airbnb does not endorse any Member, Listing or Accommodation. You understand that Verified Images are intende only to indicate a photographic representation of the Accommodation at the time the photograph was taken. Verifi Images are therefore not an endorsement by Airbnb of any Member, Listing or Accommodation.

Members are required by these Terms to provide accurate information. Although Airbnb may, for transparency or f prevention or detection purposes, directly or through third parties, ask you to provide a form of government identification, your date of birth, and other information, or undertake additional checks and processes designed to help verify or check the identities or backgrounds of Members and/or screen Member information against third pa databases or other sources, we do not make any representations about, confirm, or endorse any Member or the Member's purported identity or background.

By registering for an Airbnb Account, you agree that Airbnb may - but is not obligated to - request a consumer rep on you from a Consumer Reporting Agency. If we do request a consumer report, we'll request and use it in compliance with applicable law, including the Fair Credit Reporting Act.

Any references in the Site, Application or Services to a Member being "verified" or "connected" (or similar languag only indicate that the Member has completed a relevant verification or identification process, and does not represe anything else. Any such description is not an endorsement, certification or guarantee by Airbnb about any Membe including of the Member's identity and whether the Member is trustworthy, safe or suitable. Instead, any such description is intended to be useful information for you to evaluate when you make your own decisions about the identity and suitability of others whom you contact or interact with via the Site, Application and Services. We there recommend that you always exercise due diligence and care when deciding whether to stay with a Host or to acce or preapprove a Booking request from a Guest, or to have any other interaction with any other Member. Except as provided in the Airbnb *Host Guarantee Terms and Conditions*(**"Airbnb Host Guarantee"**), which is an agreement between Airbnb and Hosts, we are not responsible for any damage or harm resulting from your interactions with o Members.

By using the Site, Application or Services, you agree that any legal remedy or liability that you seek to obtain for actions or omissions of other Members or other third parties will be limited to a claim against the particular Member or other third parties who caused you harm. You agree not to attempt to impose liability on or seek any legal remedy from Airbnb with respect to such actions or omissions. Accordingly, we encourage you to communicate directly with other Members on the Site and Services regarding any Bookings or Listings made by you. This limitation shall not apply to any claim by a Host against Airbnb regarding the remittance of payments received from a Guest by Airbnb on behalf of a Host, which instead shall be subject to the limitations described in the section below entitled "Limitation of Liability".

9.  **Bookings and Financial Terms**

   A. *Key definitions*

   "**Accommodation Fees**" means the amounts that are due and payable by a Guest in exchange for that Guest's stay in an Accommodation. The Host alone, and not Airbnb, is responsible for the Accommodation Fees for his or her Listing. The Host may in his or her sole discretion decide to include in these amounts (i) a cleaning fee or any other fee permitted on the Airbnb platform, or (ii) Taxes that the Host determines that he or she has to collect.

   "**Guest Fees**" means the fee that Airbnb charges a Guest for the use of the Services, which is calculated as a percentage of the applicable Accommodation Fees. The Guest Fees will be displayed to the Guest when the Guest is asked whether to send a Booking request to a Host.

   "**Host Fees**" means the fee that Airbnb charges a Host for the use of the Services, which is calculated as a percentage of the applicable Accommodation Fees.

   "**Payment Method**" means a payment method that you have added to your Airbnb Account, such as a credit card, debit card or PayPal.

   "**Service Fees**" means collectively the Guest Fees and the Host Fees.

   "**Total Fees**" means collectively the Accommodation Fees and the Guest Fees plus any Taxes.

   B. *Bookings and Financial Terms for Hosts*

   If you are a Host and a Booking is requested for your Accommodation via the Site, Application or Services, you will be required to either preapprove, confirm or reject the Booking request within the Booking Request Period, otherwise the Booking request will automatically expire. When a Booking is requested via the Site, Application or Services, we will share with you (i) the first and last name of the Guest who has requested the Booking, (ii) a link to the Guest's Airbnb Account profile page, (iii) if the Guest and Host have both connected their Airbnb accounts to a SNS and have not turned off sharing of social connections, the names of any shared connections on such SNS, and (iv) an indication of whether or not the Guest has provided other information to Airbnb, such as a verified email address, connection to SNSs, or a government ID. If you are unable to confirm or decide to reject a Booking request within the Booking Request Period, any amounts collected by Airbnb (via Airbnb Payments) for the requested Booking will be refunded to the applicable Guest. When you confirm a Booking requested by a Guest, Airbnb will send you a Communication confirming such Booking, depending on the selections you make via the Site, Application and Services.

   Airbnb Payments will collect the Total Fees from Guests at the time of the Booking request or upon the Host's confirmation and will initiate payment of the Accommodation Fees (less applicable fees and taxes) to the Host at the time and as further described in the *Payments Terms*.

   Each Host agrees that Airbnb may, in accordance with the cancellation policy selected by the Host and reflected in the relevant Listing, (i) permit the Guest to cancel the Booking and (ii) refund (via Airbnb Payments) to the Guest that portion of the Accommodation Fees specified in the applicable cancellation policy.

   C. *Bookings and Financial Terms for Guests*

The Hosts, not Airbnb, are solely responsible for honoring any confirmed Bookings and making available any Accommodations reserved through the Site, Application and Services. If you, as a Guest, choose to enter into a transaction with a Host for the Booking of an Accommodation, you agree and understand that you will be requ to enter into an agreement with the Host and you agree to accept any terms, conditions, rules and restrictions associated with such Accommodation imposed by the Host.

You acknowledge and agree that you, and not Airbnb, will be responsible for performing the obligations of any such agreements, that Airbnb is not a party to such agreements, and that, with the exception of Airbnb Payme obligations pursuant to the *Payments Terms*, Airbnb (inclusive of all subsidiaries) disclaims all liability arising fr or related to any such agreements.

The Total Fees payable will be displayed to a Guest before the Guest sends a Booking request to a Host. As n above, the Host is required to either preapprove, confirm or reject the Booking request within the Booking Request Period; otherwise, the requested Booking will be automatically cancelled. Upon receipt of your Booki request, Airbnb Payments may initiate a pre-authorization and/or charge a nominal amount to your Payment Method pursuant to the *Payments Terms*. If a requested Booking is cancelled (i.e. not confirmed by the applica Host), any amounts collected by Airbnb Payments will be refunded to such Guest, depending on the selection the Guest makes via the Site and Application, and any pre-authorization of such Guest's Payment Method will released, if applicable.

You as a Guest agree to pay the Total Fees for any Booking requested, and in most cases confirmed, in connection with your Airbnb Account. Airbnb Payments will collect the Total Fees pursuant to the *Payments Terms*.

Once your confirmed Booking transaction is complete you will receive a confirmation Communication summarizing your confirmed Booking.

D. *Service Fees and Other Fees*

In consideration for the use of Airbnb's online marketplace and platform, Airbnb charges Service Fees. Airbnb Payments collects these Service Fees pursuant to the *Payments Terms*, and, where applicable, may also colle Taxes (such as VAT in Europe) in respect of the Host Fees and Guest Fees. Airbnb Payments deducts the Host Fees from the Accommodation Fees before remitting the balance to the Host as described in the *Payments Te* Guest Fees are, as noted above, included in the Total Fees.

Applicable Guest Fees, as well as Taxes collected by Airbnb, will be shown to Guests via the Site and Applicat at checkout, prior to their submission of a Booking request. And, Airbnb will disclose applicable Host Fees to Hosts via the Site and Application. More information on Services Fees can be found at the **Airbnb Help Cente**

E. *General Booking and Financial Terms*

*Cancellations and Refunds*

If, as a Guest, you wish to cancel a confirmed Booking made via the Site, Application and Services, either pric or after arriving at the Accommodation, the cancellation policy of the Host contained in the applicable Listing apply to such cancellation. Our ability to refund the Accommodation Fees, Guest Fees and other amounts charged to you will depend upon the terms of the applicable cancellation policy. Details regarding refunds and cancellation policies are available via the Site and Application. The Guest Fee is non-refundable unless otherw indicated in the cancellation policy selected by the Host. Airbnb Payments will initiate any refunds due pursua the *Payments Terms*.

If a Host cancels a confirmed Booking made via the Site, Services, and Application, (i) Airbnb Payments will refund the Total Fees for such Booking to the applicable Guest pursuant to the *Payments Terms* and (ii) the Gu will receive a Communication from Airbnb containing alternative Listings and other related information. If the Guest requests a Booking from one of the alternative Listings and the Host associated with such alternative Listing confirms the Guest's requested Booking, then the Guest agrees to pay Airbnb the Total Fees relating to confirmed Booking for the Accommodation in the alternative Listing, in accordance with these Terms. If a Host

cancelled a confirmed Booking and you, as a Guest, have not received a Communication from Airbnb, please *contact Airbnb*.

If, as a Host, you cancel a confirmed Booking, you agree that Airbnb may apply penalties or consequences to or your Listing, including (i) publishing an automated review on your Listing indicating that a Booking was cancelled, (ii) keeping the calendar for your Listing unavailable or blocked for the dates of the cancelled Booki or (iii) imposing a cancellation fee. You will be notified of the situations in which a cancellation fee applies befo you decide to cancel.

In certain circumstances, Airbnb may decide, in its sole discretion, that it is necessary or desirable to cancel a confirmed Booking made via the Site, Application and Services. This may be for reasons set forth in *Airbnb's Extenuating Circumstances Policy* or for any other reason. Airbnb may also determine, in its sole discretion, to refund to the Guest part or all of the amounts charged to the Guest in accordance with the *Guest Refund Polic* in connection with a cancellation under *Airbnb's Extenuating Circumstances Policy*. You agree that Airbnb and relevant Guest or Host will not have any liability for such cancellations or refunds.

*Resolution Center*

Members may use the Resolution Center to send or request money for refunds, services or damages related t their Bookings. You agree to pay all amounts sent through the Resolution Center in connection with your Airbr Account, and Airbnb Payments will handle all such payments pursuant to the *Payments Terms*. When a Memb agrees to provide services or amenities to another Member via the Resolution Center, both parties acknowledg and agree that they, and not Airbnb, will be responsible for performing their respective obligations of any such agreements, that Airbnb is not a party to such agreements, and that, with the exception of Airbnb Payments' obligations pursuant to the *Payments Terms*, Airbnb (inclusive of all subsidiaries) disclaims all liability arising fr or related to any such agreements and the services or amenities provided.

*Rounding Off*

Airbnb may, in its sole discretion, round up or round down amounts that are payable from or to Guests or Hos the nearest whole functional base unit in which the currency is denominated (e.g. to the nearest dollar, euro or other supported currency); for example, Airbnb will round up an amount of 102.00, and 101.00.

Some currencies are denominated in large numbers. In those cases, Airbnb may determine the functional base unit in which those currencies are denominated to be 10, 100 or 1,000 of the currency; the corresponding examples for such currencies would be for Airbnb to round up an amount of 1,045 up to 1,050 and 1,044 dow 1,040, or 35,450 up to 35,500 and 35,449 down to 35,400, or 837,500 up to 838,000 and 837,499 down to 837,000.

*Donations*

Some Hosts may pledge to donate a portion of the funds they receive from confirmed Bookings made via the Application and Services to a particular cause or charity. We do not take any responsibility or liability for whethe the Host does in fact make the donation he or she pledged to make. In such cases, the Host in question is responsible for his or her own compliance with all laws and regulations applicable to such pledges and/or fund-raising.

*Booking Modifications*

You as a Guest or Host are responsible for any modifications to a Booking that you direct Airbnb Customer Service to make ("**Booking Modifications**"), and you agree to pay any Accommodation Fees, Guest Fees, Ho Fees, Services Fees, and/or Taxes associated with such Booking Modifications.

10. **Taxes**

Tax regulations may require us to collect appropriate tax information from our Hosts, or to withhold taxes from payouts to Hosts, or both. For instance, IRS regulations stipulate that we must collect an IRS Form W–9 from cert

US Hosts, and an appropriate IRS Form W–8 (e.g. Form W–8BEN) from non-US hosts with at least one Listing in the US. You as a Host are solely responsible for keeping the information in your tax forms current, complete and accurate. If you as a Host fail to provide us with documentation that we determine to be sufficient to alleviate our obligation (if any) to withhold taxes from payments to you (e.g. where you are a US Host and you fail to provide us with a completed IRS Form W–9), we reserve the right in our sole discretion to freeze all payouts to you until resolution, to withhold such amounts as required by law, or to do both.

You as a Host understand and agree that you are solely responsible for determining (i) your applicable Tax reporting requirements, and (ii) the Taxes that should be included, and for including Taxes to be collected or obligations related to applicable Taxes in Listings. You are also solely responsible for remitting to the relevant authority any Taxes included or received by you. Airbnb cannot and does not offer Tax-related advice to any Members.

Where applicable, or based upon request from a Host, Airbnb may issue a valid VAT invoice to such Host.

You understand and acknowledge that appropriate governmental agencies, departments or authorities (the "**Tax Authority**") where your Accommodation is located may require Taxes to be collected from Guests or Hosts on the amount paid for the right to use and/or occupancy of accommodations, and to be remitted to the respective Tax Authority. The laws in jurisdictions may vary, but these taxes may be required to be collected and remitted as a percentage of the Accommodation Fees set by Hosts, a set amount per day, or other variations, and are sometimes called "occupancy taxes," "hotel taxes," "lodging taxes," "transient taxes," "sales and use taxes," "value added taxes," "room taxes" or "tourist taxes" (hereafter, "**Occupancy Taxes**").

A. *Occupancy Tax Collection and Remittance*

In certain jurisdictions, Airbnb may decide in its sole discretion to facilitate collection and remittance of Occupancy Taxes from or on behalf of Guests or Hosts, in accordance with your directions in these Terms ("Collection and Remittance") if such tax jurisdiction asserts Airbnb or Hosts have a tax collection and remittance obligation. In any jurisdiction in which we decide to facilitate direct Collection and Remittance, whether you are a Guest or Host, in lieu of the Host collecting Occupancy taxes from Guests and remitting to the Tax Authority, you hereby instruct and authorize Airbnb (via Airbnb Payments) to collect Occupancy Taxes from Guests on the Host's behalf at the time Accommodation Fees are collected, and to remit such Occupancy Taxes to the Tax Authority. When Airbnb facilitates Collection and Remittance of Occupancy Taxes in a jurisdiction for the first time, Airbnb will provide notice to existing Hosts with Listings for Accommodations in such jurisdictions. When a new Listing is created in a jurisdiction where Airbnb facilitates Collection and Remittance of Occupancy Taxes, the Host will be notified in the Listing creation flow.

The amount of Occupancy Taxes, if any, collected and remitted by Airbnb will be visible to and separately stated to both Guests and Hosts on their respective transaction documents. Where Airbnb is directly facilitating Collection and Remittance, Guests and Hosts agree that Hosts are not permitted to attempt collection, or collect any Occupancy Taxes being collected by Airbnb relating to their Accommodations on Airbnb in that such jurisdiction. You expressly agree to release, defend, indemnify, and hold Airbnb and its affiliates and subsidiaries and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, debts, obligations, and expenses, including, without limitation, reasonable legal and/or accounting fees, arising out of or in any way related to Occupancy Taxes, including, without limitation, the applicability of, calculation, collection or remittance of Occupancy Taxes in any amount or at all as to your transactions or Accommodations. For any jurisdiction in which we facilitate Collection and Remittance, Hosts and Guests expressly grant us permission, without further notice, to store, transfer and disclose data and other information relating to them or to their transactions, Bookings, Accommodations and Occupancy Taxes, including, but not limited to, personally identifiable information such as Host or Guest's name, Listing addresses, transaction dates and amounts, tax identification number(s), the amount of taxes collected from Guests or allegedly due, contact information and similar information, to the relevant Tax Authority.

B. *Opt-in to Host Remittance of Taxes*

In other jurisdictions, Airbnb may decide in its sole discretion to facilitate Occupancy Tax collection on behalf of Hosts and Guests in accordance with a Host's direction to opt in to a specific Occupancy Tax line item in the

Booking process, in which the Host directs that Occupancy Taxes from Guests be sent directly to the Host so the Host will remit such taxes directly to Tax Authority ("**Opt-in for Host Remittance**"). In any jurisdiction in w we decide to facilitate Collection by Opt-in for Host Remittance, whether you are a Guest or Host, you hereby instruct and authorize Airbnb (via Airbnb Payments) to send Occupancy Taxes received from Guests at the tim Accommodation Fees are collected to the Host who is obligated to send such taxes to the Tax Authority direc Airbnb offers and a Host selects Opt-in for Host Remittance in any jurisdiction, Hosts and Guests remain solel responsible and liable for the payment and remittance of any and all taxes that may apply to Accommodations you agree and understand that Airbnb is not responsible for, and will not send any such Occupancy Taxes to t Tax Authority under Opt-in to Host Remittance of Taxes. You hereby agree that through third party payment processors, Airbnb is merely processing Your election and direction to have Occupancy Taxes from Guests se directly to the Host for remittance by the Host to the Tax Authority, and that You will remit all amounts collecte from Guests as Occupancy Taxes to such Tax Authority. You expressly agree to release, defend, indemnify, an hold Airbnb and its affiliates and subsidiaries, and their officers, directors, employees and agents, harmless fro and against any claims, liabilities, damages, losses, debts, obligations, and expenses, including, without limitation, reasonable legal and/or accounting fees, arising out of or in any way related to Occupancy Taxes, including, without limitation, the applicability of, calculation of, collection of Occupancy Taxes in any amount c all as to your transactions or Accommodations. For any jurisdiction in which we facilitate Opt-in for Host Remittance, Hosts and Guests expressly grant us permission, without further notice, to store, transfer and disclose data and other information relating to them or to their transactions, Bookings, Accommodations and Occupancy Taxes, including, but not limited to, personally identifiable information such as Host or Guest's nar Listing addresses, transaction dates and amounts, tax identification number(s), the amount of taxes received k Hosts from Guests, or allegedly due, contact information and similar information, to the relevant Tax Authority.

C. *Miscellaneous Occupancy Tax Provisions*

Whether you are a Guest or Host, you agree that any claim or cause of action relating to Airbnb's facilitation of Opt-in for Host Remittance or Collection and Remittance of Occupancy Taxes shall not extend to any supplier vendor that may be used by Airbnb in connection with facilitation of Opt-in Remittance or Collection and Remittance of Occupancy Taxes, if any. Guests and Hosts agree that we may seek additional amounts from Yc the event that the Taxes collected and/or remitted are insufficient to fully discharge your obligations to the Tax Authority, and agree that your sole remedy for Occupancy Taxes collected is a refund of Occupancy Taxes collected by Airbnb from the applicable Tax Authority in accordance with applicable procedures set by that Ta: Authority.

In any jurisdiction in which we have not provided notice of, or are not facilitating (or are no longer facilitating) tl collection or remittance of Occupancy Taxes by Collection and Remittance, Opt-in for Host Remittance or any other means or method, in your jurisdiction, Hosts and Guests remain solely responsible and liable for the collection and/or remittance of any and all Occupancy Taxes that may apply to Accommodations.

Hosts and Guests acknowledge and agree that in some jurisdictions, Airbnb may decide not to facilitate collec or remittance of Occupancy Taxes or may not be able to facilitate the collection and/or remittance of Occupan Taxes, and nothing contained in these Terms of Service is a representation or guarantee that Airbnb will facilita collection and/or remittance of Occupancy Tax anywhere at all, including in any specific jurisdiction, or that Ai will continue to facilitate any collection or remittance of Occupancy Tax in any specific jurisdiction in which it n have been offered. Airbnb reserves the right, in its sole determination, to cease any facilitation of any collectic and remittance of Occupancy Tax (regardless of method used or to be used in the future) for any reason or no reason at all, provided that it will give Hosts reasonable notice in any jurisdiction in which Airbnb determines tc cease any such facilitation.

## 11. **Currency Conversion**

Airbnb's online platform facilitates Bookings between Guests and Hosts who may pay in a currency different from destination currency, which may require currency conversions to accommodate these differing currency preferenc Although the Airbnb platform allows users to view the price of Listings in a number of currencies, the currencies available for users to make and receive payments may be limited, and may not include the default currency in any given geographic location.

Details regarding currency conversion, including any associated fees, are detailed in the *Payments Terms*.

## 12. Damage to Accommodations and Security Deposits

As a Guest, you are responsible for leaving the Accommodation (including any personal or other property located at an Accommodation) in the condition it was in when you arrived. You acknowledge and agree that, as a Guest, you responsible for your own acts and omissions and are also responsible for the acts and omissions of any individual whom you invite to, or otherwise provide access to, the Accommodation. In the event that a Host claims otherwise and provides evidence of damage ("**Damage Claim**"), including but not limited to photographs, you agree to pay the cost of replacing the damaged items with equivalent items.

Hosts may choose to include security deposits in their Listings ("**Security Deposits**"). Each Listing will describe whether a Security Deposit is required for the applicable Accommodation. Airbnb will use commercially reasonable efforts to address Hosts' requests and claims related to Security Deposits, but Airbnb is not responsible for administering or accepting any Damage Claims by Hosts related to Security Deposits, and disclaims any and all liability in this regard.

If a Host has a Damage Claim for a confirmed Booking, the Host can seek payment from the Guest through the Resolution Center. The Host may escalate the Damage Claim to Airbnb if the Host and Guest are unable to resolve Damage Claim through the Resolution Center, or immediately in certain circumstances. If a Host escalates a Damage Claim to Airbnb, you as a Guest will be notified of the Damage Claim and given an opportunity to respond. If you a Guest agree to pay the Host in connection with a Damage Claim, or if Airbnb determines, in its sole discretion, that you are responsible for damaging an Accommodation or any personal or other property located at an Accommodation, Airbnb (via Airbnb Payments) will collect any such costs from you and/or against the Security Deposit in accordance with the *Payments Terms*. Airbnb also reserves the right to otherwise collect payment from and pursue any avenues available to Airbnb in this regard in situations in which you have been determined, in Airbnb sole discretion, to have damaged any Accommodation or any personal or other property located at an Accommodation.

Both Guests and Hosts agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb, in connection with any Damage Claim or other complaints or claims made by Members relating to Accommodations or any personal or other property located at an Accommodation (including, without limitation, payment requests made under the Airbnb Host Guarantee) or with respect to any investigation undertaken by Airbnb or a representative of Airbnb regarding use of abuse of the Site, Application or the Services. If you are a Guest, upon Airbnb's reasonable request, and to the ext you are reasonably able to do so, you agree to participate in mediation or similar resolution process with a Host, a cost to you, which process will be conducted by Airbnb or a third party selected by Airbnb or its insurer, with respec to losses for which the Host is requesting payment from Airbnb under the Airbnb Host Guarantee.

If you are a Guest, you understand and agree that Airbnb may make a claim under your homeowner's, renter's or o insurance policy related to any damage or loss that you may have caused or been responsible for or to an Accommodation or any personal or other property located at an Accommodation (including without limitation amo paid by Airbnb under the Airbnb Host Guarantee). You agree to cooperate with and assist Airbnb in good faith, and provide Airbnb with such information as may be reasonably requested by Airbnb, in order to make a claim under y homeowner's, renter's or other insurance policy, including, but not limited to, executing documents and taking such further acts as Airbnb may reasonably request to assist Airbnb in accomplishing the foregoing.

Security Deposits, if required by a Host, may be applied to any fees due from a Guest overstaying at a Listing with the Host's consent.

## 13. Overstaying without the Host's Consent

Guests agree that a confirmed Booking is merely a license granted by the Host to the Guest to enter and use the Listing for the limited duration of the confirmed Booking and in accordance with the Guest's agreement with the H Guests further agree to leave the Accommodation no later than the checkout time that the Host specifies in the Lis or such other time as mutually agreed upon between the Host and Guest. If a Guest stays past the agreed upon

checkout time without the Host's consent, they no longer have a license to stay in the Listing and the Host is entitl
to make the Guest leave. In addition, Guests agree that the Host can charge the Guest, for each 24 hour period th
the Guest stays over the agreed period without the Host's consent, an additional nightly fee of two times the avera
nightly Accommodation Fee originally paid by the Guest to cover the inconvenience suffered by the Host, plus all
applicable Service Fees, Taxes, and any legal expenses incurred by the Host to make the Guest leave (collectively
"**Additional Sums**"). Airbnb Payments will collect Additional Sums from Guests pursuant to the *Payments Terms*.

## 14. User Conduct

You understand and agree that you are solely responsible for compliance with any and all laws, rules, regulations,
Tax obligations that may apply to your use of the Site, Application, Services and Collective Content. In connection
with your use of the Site, Application, Services and Collective Content, you may not and you agree that you will no

- violate any local, state, provincial, national, or other law or regulation, or any order of a court, including, withou
  limitation, zoning restrictions and Tax regulations;
- use manual or automated software, devices, scripts, robots, backdoors or other means or processes to acces
  "scrape," "crawl" or "spider" any web pages or other services contained in the Site, Application, Services or
  Collective Content;
- access or use our Site, Application, Services or the Airbnb API to use, expose, or allow to be used or exposed
  any Airbnb Content: (i) that is not publicly displayed by Airbnb in its search results pages or listing pages befo
  Booking is confirmed; (ii) in any way that is inconsistent with the Airbnb Privacy Policy or Terms of Service; or
  in any way that otherwise violates the privacy rights or any other rights of Airbnb's users or any other third par
- use the Site, Application, Services or Collective Content for any commercial or other purposes that are not
  expressly permitted by these Terms or in a manner that falsely implies Airbnb endorsement, partnership or
  otherwise misleads others as to your affiliation with Airbnb;
- dilute, tarnish or otherwise harm the Airbnb brand in any way, including through unauthorized use of Collective
  Content, registering and/or using Airbnb or derivative terms in domain names, trade names, trademarks or oth
  source identifiers, or registering and/or using domains names, trade names, trademarks or other source identi
  that closely imitate or are confusingly similar to Airbnb domains, trademarks, taglines, promotional campaigns
  Collective Content
- copy, store or otherwise access or use any information contained on the Site, Application, Services or Collecti
  Content for purposes not expressly permitted by these Terms;
- infringe the rights of Airbnb or the rights of any other person or entity, including without limitation, their intellec
  property, privacy, publicity or contractual right
- interfere with or damage our Site, Application or Services, including, without limitation, through the use of viru
  cancel bots, Trojan horses, harmful code, flood pings, denial-of-service attacks, backdoors, packet or IP spoo
  forged routing or electronic mail address information or similar methods or technology;
- use our Site, Application or Services to transmit, distribute, post or submit any information concerning any oth
  person or entity, including without limitation, photographs of others without their permission, personal contact
  information or credit, debit, calling card or account numbers;
- use our Site, Application, Services or Collective Content in connection with the distribution of unsolicited
  commercial email ("spam") or advertisements unrelated to lodging in a private residence;
- "stalk" or harass any other user of our Site, Application, Services or Collective Content, or collect or store any
  personally identifiable information about any other user other than for purposes of transacting as an Airbnb Gu
  or Host;
- offer, as a Host, any Accommodation that you do not yourself own or have permission to Book as a residentia
  other property (without limiting the foregoing, you will not list Accommodations as a Host if you are serving in
  capacity of an agent for a third party);
- offer, as a Host, any Accommodation that may not be Booked pursuant to the terms and conditions of an
  agreement with a third party;
- register for more than one Airbnb Account or register for an Airbnb Account on behalf of an individual other th
  yourself;
- unless Airbnb explicitly permits otherwise, request or book a stay at any Accommodation if you will not actuall
  staying at the Accommodation yourself;
- contact another Member for any purpose other than asking a question related to a Booking, Accommodation,
  Listing, or the Member's use of the Site, Application and Services;

- recruit or otherwise solicit any Host or other Member to join third-party services or websites that are competiti to Airbnb, without Airbnb's prior written approval;
- recruit or otherwise solicit any Member to join third-party services, applications or websites, without our prior written approval;
- impersonate any person or entity, or falsify or otherwise misrepresent yourself or your affiliation with any perso entity;
- use automated scripts to collect information from or otherwise interact with the Site, Application, Services or Collective Content;
- use the Site, Application, Services or Collective Content to find a Host or Guest and then complete a Booking an Accommodation independent of the Site, Application or Services, in order to circumvent the obligation to p any Service Fees related to Airbnb's provision of the Services or for any other reasons;
- as a Host, submit any Listing with false or misleading information, including price information, or submit any Listing with a price that you do not intend to honor;
- violate these Terms or Airbnb's then-current *Policies and Community Guidelines* or *Standards*;
- engage in disruptive, circumventive, abusive or harassing behavior in any area or aspect of our Platform, Application, or Services;
- post, upload, publish, submit or transmit any Content that: (i) infringes, misappropriates or violates a third part patent, copyright, trademark, trade secret, moral rights or other intellectual property rights, or rights of publicit privacy; (ii) violates, or encourages any conduct that would violate, any applicable law or regulation or would g rise to civil liability; (iii) is fraudulent, false, misleading (directly or by omission or failure to update information) deceptive; (iv) is defamatory, obscene, pornographic, vulgar or offensive; (v) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (vi) is violent or threatening or promotes violence or actions that are threatening to any other person; or (vii) promotes illegal or harmful activities or substances;
- systematically retrieve data or other content from our Site, Application or Services to create or compile, directl indirectly, in single or multiple downloads, a collection, compilation, database, directory or the like, whether by manual methods, through the use of bots, crawlers, or spiders, or otherwise;
- use, display, mirror or frame the Site, Application, Services or Collective Content, or any individual element wit the Site, Application, Services or Collective Content, Airbnb's name, any Airbnb trademark, logo or other proprietary information, or the layout and design of any page or form contained on a page in the Site, Applicat or Services, without Airbnb's express written consent;
- access, tamper with, or use non-public areas of the Site, Application or Services, Airbnb's computer systems, the technical delivery systems of Airbnb's providers;
- attempt to probe, scan, or test the vulnerability of any Airbnb system or network or breach any security or authentication measures;
- avoid, bypass, remove, deactivate, impair, descramble, or otherwise circumvent any technological measure implemented by Airbnb or any of Airbnb's providers or any other third party (including another user) to protect Site, Services, Application or Collective Content;
- forge any TCP/IP packet header or any part of the header information in any email or newsgroup posting, or in way use the Site, Services, Application or Collective Content to send altered, deceptive or false source-identifi information;
- attempt to decipher, decompile, disassemble or reverse engineer any of the software used to provide the Site, Services, Application or Collective Content;
- advocate, encourage, or assist any third party in doing any of the foregoing; or
- accept or make a payment for Accommodation Fees outside Airbnb Payments. If you do so, you acknowledge and agree that you: (i) would be in breach of these Terms; (ii) accept all risks and responsibility for such payme and (iii) hold Airbnb harmless from any liability for such payment.

Airbnb has the right to investigate and prosecute violations of any of the above to the fullest extent of the law. In addition, and as set in these Terms, Airbnb may take a range of actions against you, including but not limited to removing or disabling access to any or all of your Member Content or deactivating or canceling your Listing(s) or Airbnb Account, for a violation of this Section or these Terms.

Airbnb may access, preserve and disclose any of your information if we are required to do so by law, or if we belie in good faith that it is reasonably necessary to (i) respond to claims asserted against Airbnb or to comply with lega process (for example, subpoenas or warrants), (ii) enforce or administer our agreements with users, such as these

Terms and the *Airbnb Host Guarantee*, (iii) for fraud prevention, risk assessment, investigation, customer support, product development and de-bugging purposes, or (iv) protect the rights, property or safety of Airbnb, its users, or members of the public. You acknowledge that Airbnb has no obligation to monitor your access to or use of the Site, Application, Services or Collective Content or to review, remove, disable access to or edit any Member Content, but has the right to do so for the purpose of operating and improving the Site, Application and Services (including without limitation for fraud prevention, risk assessment, investigation and customer support purposes), to ensure your compliance with these Terms, to comply with applicable law or the order or requirement of a court, administrative agency or other governmental body, to respond to content that it determines is otherwise objectionable or as set forth in these Terms. Airbnb reserves the right, at any time and without prior notice, to remove or disable access to any Collective Content that Airbnb, at its sole discretion, considers to be objectionable for any reason, in violation of these Terms or otherwise harmful to the Site, Application or Services.

### *Reporting Misconduct*

If you stay with or host anyone who you feel is acting or has acted inappropriately, including but not limited to anyone who (i) engages in offensive, violent or sexually inappropriate behavior, (ii) you suspect of stealing from you, or (iii) engages in any other disturbing conduct, you should immediately report such person to the appropriate authorities and then to Airbnb by contacting us with your police station and report number; provided that your report will not obligate us to take any action beyond that required by law (if any) or cause us to incur any liability to you.

15. **Privacy**

You agree that Airbnb's *Privacy Policy* (as may be updated from time to time) governs Airbnb's collection and use of your personal information.

16. **Intellectual Property Ownership and Rights Notices**

The Site, Application, Services, and Collective Content are protected by copyright, trademark, and other laws of the United States and foreign countries. You acknowledge and agree that the Site, Application, Services and Collective Content, including all associated intellectual property rights, are the exclusive property of Airbnb and its licensors. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Site, Application, Services, or Collective Content. All trademarks, service marks, logos, trade names, and any other proprietary designations of Airbnb used on or in connection with the Site, Application, Services, and Airbnb Content are trademarks or registered trademarks of Airbnb in the US and abroad. Trademarks, service marks, logos, trade names and any other proprietary designations of third parties used on or in connection with the Site, Application, Services, and Airbnb Content are used for identification purposes only and may be the property of their respective owners. As a Host, Guest, or Member, you understand and agree that you are bound by the additional Terms, Guidelines and Policies that apply to your use of the Site, Application, Services and Collective Content, including Airbnb's *Trademark & Branding Guidelines* (as may be updated from time to time).

17. **Additional Terms**

Our Site, Application and Services have different products, features and offerings, so sometimes additional terms or product requirements may apply to your use of those products, features or offerings. For example, additional terms apply if you refer new users to Airbnb ("**Referral Program**") or participate in our *Home Safety program*. If additional terms are available for the relevant product or Services you use, those additional terms become part of these Terms.

18. **Application License**

Subject to your compliance with these Terms, Airbnb grants you a limited non-exclusive, non-transferable license to download and install a copy of the Application on each mobile device or computer that you own or control and run such copy of the Application solely for your own personal use. Furthermore, with respect to any Apple App Store Sourced Application (defined below), you will only use the App Store Sourced Application (i) on an Apple-branded product that runs the iOS (Apple's proprietary operating system) and (ii) as permitted by the "Usage Rules" set forth in the Apple App Store Terms of Service. Airbnb reserves all rights in the Application not expressly granted to you by these Terms.

19. **Airbnb Content and Member Content License**

Subject to your compliance with these Terms and Airbnb's *Trademark & Branding Guidelines*, Airbnb grants you a limited, non-exclusive, non-transferable license, to (i) access and view any Airbnb Content solely for your personal non-commercial purposes and (ii) access and view any Member Content to which you are permitted access, solely your personal and non-commercial purposes. You have no right to sublicense the license rights granted in this section.

You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, public display, publicly perform, transmit, broadcast or otherwise exploit the Site, Application, Services, or Collective Content, except as expressly permitted in these Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Airbnb or its licensors, except for the licens and rights expressly granted in these Terms.

20. **Member Content**

We may, in our sole discretion, permit you to post, upload, publish, submit or transmit Member Content. By makin available any Member Content on or through the Site, Application, Services, or through Airbnb promotional campaigns, you hereby grant to Airbnb a worldwide, irrevocable, perpetual (or for the term of the protection), non-exclusive, transferable, royalty-free license, with the right to sublicense, to use, view, copy, adapt, translate, modif distribute, license, sell, transfer, publicly display, publicly perform, transmit, stream, broadcast, access, view, and otherwise exploit such Member Content on, through, by means of or to promote or market the Site, Application an Services. Airbnb does not claim any ownership rights in any such Member Content and nothing in these Terms wil deemed to restrict any rights that you may have to use and exploit any such Member Content.

You acknowledge and agree that you are solely responsible for all Member Content that you make available throug the Site, Application, Services or through Airbnb promotional campaigns. Accordingly, you represent and warrant t (i) you either are the sole and exclusive owner of all Member Content that you make available through the Site, Application, Services or through Airbnb promotional campaigns or you have all rights, licenses, consents and relea that are necessary to grant to Airbnb the rights in such Member Content, as contemplated under these Terms; and neither the Member Content nor your posting, uploading, publication, submission or transmittal of the Member Content or Airbnb's use of the Member Content (or any portion thereof) on, through or by means of the Site, Application, the Services or Airbnb promotional campaigns will infringe, misappropriate or violate a third party's patent, copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights publicity or privacy, or result in the violation of any applicable law or regulation.

21. **Links**

The Site, Application and Services may contain links to third-party websites or resources. You acknowledge and a that Airbnb is not responsible or liable for: (i) the availability or accuracy of such websites or resources; or (ii) the content, products, or services on or available from such websites or resources. Links to such websites or resource do not imply any endorsement by Airbnb of such websites or resources or the content, products, or services availa from such websites or resources. You acknowledge sole responsibility for and assume all risk arising from your us any such websites or resources or the Content, products or services on or available from such websites or resourc

Some portions of the Airbnb platform implement Google Maps/Earth mapping services, including Google Maps AI Your use of Google Maps/Earth is subject to *Google's terms of use*.

22. **Feedback**

We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Site, Application and Services ("**Feedback**"). You may submit Feedback by emailing us, through the "*Contact*" section the Site and Application, or by other means of communication. You acknowledge and agree that all Feedback you give us will be the sole and exclusive property of Airbnb and you hereby irrevocably assign to Airbnb and agree to irrevocably assign to Airbnb all of your right, title, and interest in and to all Feedback, including without limitation a worldwide patent, copyright, trade secret, moral and other proprietary or intellectual property rights therein, and w

any moral rights you may have in such Feedback. At Airbnb's request and expense, you will execute documents a take such further acts as Airbnb may reasonably request to assist Airbnb to acquire, perfect, and maintain its intellectual property rights and other legal protections for the Feedback.

23. **Copyright Policy**

Airbnb respects copyright law and expects its users to do the same. It is Airbnb's policy to terminate in appropriat circumstances the Airbnb Accounts of Members or other account holders who repeatedly infringe or are believed be repeatedly infringing the rights of copyright holders. Please see Airbnb's *Copyright Policy* for further information

24. **Term and Termination, Suspension and Other Measures**

A. *Term*

These Terms shall be effective for a 30-day term, at the end of which it will automatically and continuously ren for subsequent 30-day terms until such time when you or Airbnb terminate these Terms as described below.

B. *Termination for convenience*

You may terminate these Terms at any time via the "Cancel Account" feature on the Site or by sending us an email. If you cancel your Airbnb Account as a Host, any confirmed Bookings will be automatically cancelled an your Guests will receive a full refund. If you cancel your Airbnb Account as a Guest, any confirmed Booking wi automatically cancelled and any refund will depend upon the terms of the applicable cancellation policy.

Without limiting our rights specified below, Airbnb may terminate these Terms for convenience at any time by giving you 30 days' notice via email to your registered email address.

C. *Termination for breach, suspension and other measures*

Airbnb may immediately, without notice terminate these Terms if (i) you have materially breached these Terms our Policies, including but not limited to any breach of your warranties outlined in these Terms or breach of the "User Conduct" provisions in these Terms, (ii) you have provided inaccurate, fraudulent, outdated or incomplet information during the Airbnb Account registration, or Listing process or thereafter, (iii) you have violated applicable laws, regulations or third party rights, or (iv) Airbnb believes in good faith that such action is reason necessary to protect the safety or property of other Members, Airbnb or third parties, for fraud prevention, risk assessment, security or investigation purposes.

In addition Airbnb may deactivate or delay Listings, reviews, or other Member Content, cancel any pending or confirmed Bookings, limit your use of or access to your Airbnb Account and the Site, Application or Services, temporarily or permanently revoke any special status associated with your Airbnb Account, or temporarily or permanently suspend your Airbnb Account if (i) you have breached these Terms or our Policies, including mate and non-material breaches and receiving poor ratings from Hosts or Guests, or (ii) Airbnb believes in good fait that such action is reasonably necessary to protect the safety or property of Members, Airbnb or third parties, fraud prevention, risk assessment, security or investigation purposes.

If we take any of the measures described in this Section 24.C, we may (i) communicate to your Guests or Host that a pending or confirmed Booking has been cancelled, (ii) refund your Guests in full for any and all confirme Bookings, irrespective of preexisting cancellation policies, (iii) support your Guests, on an exceptional basis, in finding potential alternative Accommodations, and (iv) you will not be entitled to any compensation for confirm Bookings that were cancelled.

In case of non-material breaches and where appropriate, you will be given notice of any measure by Airbnb an an opportunity to resolve the issue to Airbnb's reasonable satisfaction.

D. *Consequences*

If you or we terminate this Agreement, we do not have an obligation to delete or return to you any of your Men Content, including but not limited to any reviews or Feedback. When this Agreement has been terminated, you not entitled to a restoration of your Airbnb Account or any of your Member Content. If your access to or use o Site, Application and Services has been limited or your Airbnb Account has been suspended or this Agreemer has been terminated by us, you may not register a new Airbnb Account or attempt to access and use the Site, Application and Services through other Airbnb Accounts.

E. *Survival*

If you or we terminate this Agreement, the clauses of these Terms that reasonably should survive termination the Agreement will remain in effect.

## 25. Disclaimers

IF YOU CHOOSE TO USE THE SITE, APPLICATION, SERVICES OR COLLECTIVE CONTENT OR PARTICIPATE IN THE REFERRAL PROGRAM, YOU DO SO AT YOUR SOLE RISK. YOU ACKNOWLEDGE AND AGREE THAT AIRBI DOES NOT HAVE AN OBLIGATION TO CONDUCT BACKGROUND OR REGISTERED SEX OFFENDER CHECKS ( ANY MEMBER, INCLUDING, BUT NOT LIMITED TO, GUESTS AND HOSTS. BUT MAY CONDUCT SUCH BACKGROUND OR REGISTERED SEX OFFENDER CHECKS, IN OUR SOLE DISCRETION, TO THE EXTENT PERMITTED BY APPLICABLE LAWS AND IF WE HAVE SUFFICIENT INFORMATION TO IDENTIFY A MEMBER. IF CHOOSE TO CONDUCT SUCH CHECKS, TO THE EXTENT PERMITTED BY APPLICABLE LAW, WE DISCLAIM WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, THAT SUCH CHECKS WILL IDENTIFY PRIOR MISCONDUCT BY A USER OR GUARANTEE THAT A USER WILL NOT ENGAGE IN MISCONDUCT IN THE FUTU

THE SITE, APPLICATION, SERVICES, COLLECTIVE CONTENT AND REFERRAL PROGRAM ARE PROVIDED "AS WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WITHOUT LIMITING THE FOREGOING, AIRBNB EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, FITNES FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISIN OUT OF COURSE OF DEALING OR USAGE OF TRADE. AIRBNB MAKES NO WARRANTY THAT THE SITE, APPLICATION, SERVICES, COLLECTIVE CONTENT, INCLUDING, BUT NOT LIMITED TO, THE LISTINGS OR ANY ACCOMMODATIONS, OR THE REFERRAL PROGRAM WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ( AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. AIRBNB MAKES NO WARRANTY REGARDING THE QUALITY OF ANY LISTINGS, ACCOMMODATIONS, HOSTS, GUESTS, YOUR ACCRUAL OF AIRBNB TRAVEL CREDITS, THE SERVICES OR COLLECTIVE CONTENT OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS OR RELIABILITY OF ANY COLLECTIVE CONTENT OBTAINED THROUGH THE SITE, APPLICATION, SERVICES OR REFERRAL PROGRAM.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM AIRBNB OR THROUGH THE SITE, APPLICATION, SERVICES OR COLLECTIVE CONTENT, WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

YOU ARE SOLELY RESPONSIBLE FOR ALL OF YOUR COMMUNICATIONS AND INTERACTIONS WITH OTHER USERS OF THE SITE, APPLICATION OR SERVICES AND WITH OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SITE, APPLICATION OR SERVICES, INCLUDING, BUT NOT LIMITED TO, ANY HOSTS OR GUESTS. YOU UNDERSTAND THAT AIRBNB DOES NOT MAKE ANY ATTEMPT TO VERIFY THE STATEMENTS OF USERS OF THE SITE, APPLICATION OR SERVICES OR REVIEW OR VISIT ANY ACCOMMODATIONS. AIRBNB MAKES NO REPRESENTATIONS OR WARRANTIES AS TC THE CONDUCT OF USERS OF THE SITE, APPLICATION OR SERVICES OR THEIR COMPATIBILITY WITH ANY CURRENT OR FUTURE USERS OF THE SITE, APPLICATION OR SERVICES. YOU AGREE TO TAKE REASONABL PRECAUTIONS IN ALL COMMUNICATIONS AND INTERACTIONS WITH OTHER USERS OF THE SITE, APPLICAT OR SERVICES AND WITH OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT C YOUR USE OF THE SITE, APPLICATION OR SERVICES, INCLUDING, BUT NOT LIMITED TO, GUESTS AND HOS PARTICULARLY IF YOU DECIDE TO MEET OFFLINE OR IN PERSON REGARDLESS OF WHETHER SUCH MEETI ARE ORGANIZED BY AIRBNB. AIRBNB EXPLICITLY DISCLAIMS ALL LIABILITY FOR ANY ACT OR OMISSION O ANY GUEST OR OTHER THIRD PARTY.

## 26. Limitation of Liability

YOU ACKNOWLEDGE AND AGREE THAT, TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE ENTIRE RISK ARISING OUT OF YOUR ACCESS TO AND USE OF THE SITE, APPLICATION, SERVICES AND COLLECTIVE CONTENT, YOUR LISTING OR BOOKING OF ANY ACCOMMODATIONS VIA THE SITE, APPLICATION AND SERVICES, YOUR PARTICIPATION IN THE REFERRAL PROGRAM, AND ANY CONTACT YOU HAVE WITH OTHER USERS OF AIRBNB WHETHER IN PERSON OR ONLINE REMAINS WITH YOU. NEITHER AIRBNB NOR ANY OTHER PARTY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SITE, APPLICATION, SERVICES, COLLECTIVE CONTENT OR THE REFERRAL PROGRAM WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THESE TERMS, FROM THE USE OF OR INABILITY TO USE THE SITE, APPLICATION, SERVICES OR COLLECTIVE CONTENT, FROM ANY COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH OTHER USERS OF THE SITE, APPLICATION, OR SERVICES OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SITE, APPLICATION, SERVICES, OR YOUR PARTICIPATION IN THE REFERRAL PROGRAM OR FROM YOUR LISTING OR BOOKING OF ANY ACCOMMODATION VIA THE SITE, APPLICATION AND SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT AIRBNB HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

EXCEPT FOR OUR OBLIGATIONS TO PAY AMOUNTS TO APPLICABLE HOSTS PURSUANT TO THESE TERMS OR AN APPROVED PAYMENT REQUEST UNDER THE AIRBNB HOST GUARANTEE, IN NO EVENT WILL AIRBNB'S AGGREGATE LIABILITY ARISING OUT OF OR IN CONNECTION WITH THESE TERMS AND YOUR USE OF THE SITE, APPLICATION AND SERVICES INCLUDING, BUT NOT LIMITED TO, FROM YOUR LISTING OR BOOKING OF ANY ACCOMMODATION VIA THE SITE, APPLICATION AND SERVICES, OR FROM THE USE OF OR INABILITY TO USE THE SITE, APPLICATION, SERVICES, OR COLLECTIVE CONTENT OR YOUR PARTICIPATION IN THE REFERRAL PROGRAM AND IN CONNECTION WITH ANY ACCOMMODATION OR INTERACTIONS WITH ANY OTHER MEMBERS, EXCEED THE AMOUNTS YOU HAVE PAID OR OWE FOR BOOKINGS VIA THE SITE, APPLICATION AND SERVICES AS A GUEST IN THE TWELVE (12) MONTH PERIOD PRIOR TO THE EVENT GIVING RISE TO THE LIABILITY, OR IF YOU ARE A HOST, THE AMOUNTS PAID BY AIRBNB TO YOU IN THE TWELVE (12) MONTH PERIOD PRIOR TO THE EVENT GIVING RISE TO THE LIABILITY, OR ONE HUNDRED U.S. DOLLARS (US$100), IF NO SUCH PAYMENTS HAVE BEEN MADE, AS APPLICABLE. THE LIMITATIONS OF DAMAGES SET FORTH ABOVE ARE FUNDAMENTAL ELEMENTS OF THE BASIS OF THE BARGAIN BETWEEN AIRBNB AND YOU. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

27. **Indemnification**

You agree to release, defend, indemnify, and hold Airbnb and its affiliates and subsidiaries, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (a) your access to or use of the Site, Application, Services, or Collective Content or your violation of these Terms; (b) your Member Content; (c) your (i) interaction with any Member, (ii) Booking of an Accommodation, or (iii) creation of a Listing; (d) the use, condition or Booking of an Accommodation by you, including but not limited to any injuries, losses, or damages (compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of a Booking or use of an Accommodation; and (e) your participation in the Referral Program or accrual of any Airbnb Travel Credits.

28. **Export Control and Restricted Countries**

You may not use, export, re-export, import, or transfer the Application except as authorized by United States law, laws of the jurisdiction in which you obtained the Application, and any other applicable laws. In particular, but without limitation, the Application may not be exported or re-exported: (a) into any United States embargoed countries; or (b) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Department of Commerce's Denied Persons List or Entity List. By using the Site, Application and Services, you represent and warrant that (i) neither you nor your listed Accommodation is located in a country that is subject to a U.S. Government

embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country and (ii) you are listed on any U.S. Government list of prohibited or restricted parties. You also will not use the Site, Application and Services for any purpose prohibited by U.S. law, including the development, design, manufacture or production of missiles, or nuclear, chemical or biological weapons. Airbnb does not permit Listings associated with certain coun due to U.S. embargo restrictions. In addition to complying with the above, you must also comply with any relevant export control laws in your local jurisdiction.

29. **Accessing and Downloading the Application from iTunes**

The following applies to any Application accessed through or downloaded from the Apple App Store ("**App Store Sourced Application**"):

- You acknowledge and agree that (i) these Terms are concluded between you and Airbnb only, and not Apple, a (ii) Airbnb, not Apple, is solely responsible for the App Store Sourced Application and content thereof. Your use the App Store Sourced Application must comply with the App Store Terms of Services.
- You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services w respect to the App Store Sourced Application.
- In the event of any failure of the App Store Sourced Application to conform to any applicable warranty, you ma notify Apple, and Apple will refund the purchase price for the App Store Sourced Application to you and to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the App Store Sourced Application. As between Airbnb and Apple, any other claims, losses, liabilitie damages, costs or expenses attributable to any failure to conform to any warranty will be the sole responsibilit Airbnb.
- You and Airbnb acknowledge that, as between Airbnb and Apple, Apple is not responsible for addressing any claims you have or any claims of any third party relating to the App Store Sourced Application or your possess and use of the App Store Sourced Application, including, but not limited to: (i) product liability claims; (ii) any c that the App Store Sourced Application fails to conform to any applicable legal or regulatory requirement; and claims arising under consumer protection or similar legislation.
- You and Airbnb acknowledge that, in the event of any third-party claim that the App Store Sourced Application your possession and use of that App Store Sourced Application infringes that third party's intellectual property rights, as between Airbnb and Apple, Airbnb, not Apple, will be solely responsible for the investigation, defens settlement and discharge of any such intellectual property infringement claim to the extent required by these Terms.
- You and Airbnb acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of th Terms as related to your license of the App Store Sourced Application, and that, upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) enforce these Terms as related to your license of the App Store Sourced Application against you as a third-par beneficiary thereof.
- Without limiting any other terms of these Terms, you must comply with all applicable third-party terms of agreement when using the App Store Sourced Application.

30. **Entire Agreement**
Except as they may be supplemented by a document referenced and incorporated herein or by additional Airbnb policies, guidelines, standards, or terms for a specific product, feature, service or offering, these Terms constitute entire and exclusive understanding and agreement between Airbnb and you regarding the Site, Application, Servic Collective Content (excluding Payment Services), and any Bookings or Listings of Accommodations made via the Application and Services (excluding Payment Services), and these Terms supersede and replace any and all prior or written understandings or agreements between Airbnb and you regarding Bookings or listings of Accommodatio the Site, Application, Services, and Collective Content (excluding Payment Services).

31. **Assignment**

You may not assign or transfer these Terms, by operation of law or otherwise, without Airbnb's prior written conse Any attempt by you to assign or transfer these Terms, without such consent, will be null and of no effect. Airbnb m assign or transfer these Terms, at its sole discretion, without restriction. Subject to the foregoing, these Terms will and inure to the benefit of the parties, their successors and permitted assigns.

32. **Notices**

Any notices or other communications permitted or required hereunder, including those regarding modifications to these Terms, will be in writing and given by Airbnb (i) via a Communication (in each case to the address or phone number that you provide) or (ii) by posting to the Site or via the Application. For notices made via a Communicatio the date of receipt will be deemed the date on which such notice is transmitted.

33. **Controlling Law and Jurisdiction**

These Terms and your use of the Services will be interpreted in accordance with the laws of the State of California the United States of America, without regard to its conflict-of-law provisions. You and we agree to submit to the personal jurisdiction of a state court located in San Francisco County, San Francisco, California or a United States District Court, Northern District of California located in San Francisco, California for any actions for which the parties **retain the right to seek** injunctive or other equitable relief in a court of competent jurisdiction to prevent th actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights, **as set forth in the Dispute Resolution provision below.**

34. **Dispute Resolution**

If you reside in the United States, you and Airbnb agree that any dispute, claim or controversy arising out of or rela to these Terms or the breach, termination, enforcement, interpretation or validity thereof, or to the use of the Servic or use of the Site, Application or Collective Content (collectively, "**Disputes**") will be settled by binding arbitration, except that each party retains the right to seek injunctive or other equitable relief in a court of competent jurisdicti to prevent the actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets, patents, or other intellectual property rights. You acknowledge and agree that you and Airbnb are ea waiving the right to a trial by jury or to participate as a plaintiff or class member in any purported class action laws class-wide arbitration, private attorney-general action, or any other representative proceeding. Further, unless bot you and Airbnb otherwise agree in writing, the arbitrator may not consolidate more than one person's claims, and not otherwise preside over any form of any class or representative proceeding. If this specific paragraph is held unenforceable, then the entirety of this "Dispute Resolution" section will be deemed void. Except as provided in th preceding sentence, this "Dispute Resolution" section will survive any termination of these Terms.

*Arbitration Rules and Governing Law.* This agreement to arbitrate evidences a transaction in interstate commerce, thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be administered by the American Arbitration Association ("**AAA**") in accordance with the Consumer Arbitration Rules "**AAA Rules**") then in effect, except as modified by this "Dispute Resolution" section. (The AAA Rules are available at *www.adr.org/arb_med*or by calling the AAA at 1–800–778–7879.) The Federal Arbitration Act will govern the interpretation and enforcement of this section.

*Arbitration Process.* A party who desires to initiate arbitration must provide the other party with a written Demand Arbitration as specified in the AAA Rules. (The AAA provides a *form Demand for Arbitration*.) The arbitrator will be either a retired judge or an attorney licensed to practice law in the state of California and will be selected by the parties from the AAA's roster of consumer dispute arbitrators. If the parties are unable to agree upon an arbitrator within seven (7) days of delivery of the Demand for Arbitration, then the AAA will appoint the arbitrator in accordan with the AAA Rules.

*Arbitration Location and Procedure.* Unless you and Airbnb otherwise agree, the arbitration will be conducted in th county where you reside. If your claim does not exceed $10,000, then the arbitration will be conducted solely on th basis of documents you and Airbnb submit to the arbitrator, unless you request a hearing or the arbitrator determi that a hearing is necessary. If your claim exceeds $10,000, your right to a hearing will be determined by the AAA Rules. Subject to the AAA Rules, the arbitrator will have the discretion to direct a reasonable exchange of informat by the parties, consistent with the expedited nature of the arbitration.

*Arbitrator's Decision.* The arbitrator will render an award within the time frame specified in the AAA Rules. The arbitrator's decision will include the essential findings and conclusions upon which the arbitrator based the award. Judgment on the arbitration award may be entered in any court having jurisdiction thereof. The arbitrator's award

damages must be consistent with the terms of the "Limitation of Liability" section above as to the types and the amounts of damages for which a party may be held liable. The arbitrator may award declaratory or injunctive relief only in favor of the claimant and only to the extent necessary to provide relief warranted by the claimant's individual claim. If you prevail in arbitration you will be entitled to an award of attorneys' fees and expenses, to the extent provided under applicable law. Airbnb will not seek, and hereby waives all rights it may have under applicable law recover, attorneys' fees and expenses if it prevails in arbitration.

*Fees*. Your responsibility to pay any AAA filing, administrative and arbitrator fees will be solely as set forth in the A Rules. However, if your claim for damages does not exceed $75,000, Airbnb will pay all such fees unless the arbitr finds that either the substance of your claim or the relief sought in your Demand for Arbitration was frivolous or wa brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)).

*Changes*. Notwithstanding the provisions of the "Modification" section above, if Airbnb changes this "Dispute Resolution" section after the date you last accepted these Terms (or accepted any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by email) within 30 days of the dat such change became effective, as indicated in the "Last Updated" date above or in the date of Airbnb's email to y notifying you of such change. By rejecting any change, you are agreeing that you will arbitrate any Dispute betwee you and Airbnb in accordance with the provisions of this "Dispute Resolution" section as of the date you last accepted these Terms (or accepted any subsequent changes to these Terms).

35. **General**

The failure of Airbnb to enforce any right or provision of these Terms will not constitute a waiver of future enforcem of that right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of Airbnb. Except as expressly set forth in these Terms, the exercise by either party any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwi If for any reason an arbitrator or a court of competent jurisdiction finds any provision of these Terms invalid or unenforceable, that provision will be enforced to the maximum extent permissible and the other provisions of thes Terms will remain in full force and effect.

36. **Third party beneficiary**

These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties.

37. **Additional Clauses for Users Contracting with Airbnb Ireland**

The following paragraphs will apply if you are contracting with Airbnb Ireland.

The second paragraph of Section 24.D, **Term and Termination, Suspension and Other Measures,** shall be remo and replaced with the following: "*If you or we terminate this Agreement, we do not have an obligation to return to y any of your Member Content, including but not limited to any reviews or Feedback. When this Agreement has beer terminated, you are not entitled to a restoration of your Airbnb Account or any of your Member Content. If your acc to or use of the Site, Application and Services has been limited or your Airbnb Account has been suspended or thi Agreement has been terminated by us, you may not register a new Airbnb Account or attempt to access and use tl Site, Application and Services through other Airbnb Accounts.*"

The **Controlling Law and Jurisdiction** section shall be removed and replaced with the following: "***Controlling La and Jurisdiction*** *These Terms will be interpreted in accordance with Irish law. You and we agree to submit to the r exclusive jurisdiction of the Irish courts for resolving any dispute between the parties. If Airbnb wishes to enforce a of its rights against you, we may elect to do so in the Irish courts or in the courts of the jurisdiction in which you are resident.*"

The **Dispute Resolution** section shall be removed and is not applicable.

38. **Additional Clauses for Users Contracting with Airbnb China**

The following paragraphs will apply if you are contracting with Airbnb China

The **Controlling Law and Jurisdiction** section shall be removed and replaced with the following: *"**Controlling Law and Jurisdiction** These Terms will be governed by and construed in accordance with the laws of China ("**China Laws**"). Any dispute arising from or in connection with this Agreement shall be submitted to the China International Economic and Trade Arbitration Commission (CIETAC) for arbitration in Beijing which shall be conducted in accordance with CIETAC's arbitration rules in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb may have to apply to any court of competent jurisdiction for an order requiring you to perform or be prohibited from performing certain acts and other provisional relief permitted under China Laws or any other laws that may apply to you. The arbitration proceedings shall be conducted in English. The arbitral award rendered is final and binding upon both parties."*

The **Dispute Resolution section shall be removed and is not applicable.**

39**. Contacting Airbnb**

If you have any questions about these Terms or any App Store Sourced Application, please contact Airbnb**.**

# EXHIBIT K

# Terms of Service

**Please read these Terms of Service carefully as they contain important information about your legal rights, remedies and obligations. By accessing or using the Airbnb Platform, you agree to comply with and be bound by these Terms of Service.**

**Please note: Section 19 of these Terms of Service contains an arbitration clause and class action waiver that applies to all Airbnb Members. If you reside in the United States, this provision applies to all disputes with Airbnb. If you reside outside of the United States, this provision applies to any action you bring against Airbnb in the United States. It affects how disputes with Airbnb are resolved. By accepting these Terms of Service, you agree to be bound by this arbitration clause and class action waiver. Please read it carefully.**

Last Updated: June 19, 2017

Thank you for using Airbnb!

These Terms of Service ("**Terms**") constitute a legally binding agreement ("**Agreement**") between you and Airbnb (as defined below) governing your access to and use of the Airbnb website, including any subdomains thereof, and any other websites through which Airbnb makes the Airbnb Services available (collectively, "**Site**"), our mobile, tablet and other smart device applications, and application program interfaces (collectively, "**Application**") and all associated services (collectively, "**Airbnb Services**"). The Site, Application and Airbnb Services together are hereinafter collectively referred as the "**Airbnb Platform**". Our Host Guarantee Terms, Guest Refund Policy, Nondiscrimination Policy and other Policies applicable to your use of the Airbnb Platform are incorporated by reference into this Agreement.

When these Terms mention "**Airbnb**," "**we**," "**us**," or "**our**," it refers to the Airbnb company you are contracting with.

- If you reside in the United States, you are contracting with Airbnb, Inc., 888 Brannan Street, 4th Floor, San Francis CA 94103, United States.
- If you reside outside of the United States and the People's Republic of China (which for purposes of these Terms o not include Hong Kong, Macau and Taiwan) (hereinafter "**China**"), you are contracting with Airbnb Ireland UC ("**Air Ireland**"), The Watermarque Building, South Lotts Road, Ringsend, Dublin 4, Ireland.
- If you reside in China, you are contracting with Airbnb Internet (Beijing) Co., Ltd. ("**Airbnb China**") except where yo book a Host Service (as defined below) or when you create a Listing located outside of China, in which case you a contracting with Airbnb Ireland for that transaction. Additionally, if your contracting entity is Airbnb China, you will nevertheless contract with Airbnb Ireland for all bookings confirmed prior to December 7, 2016 at 10:00am UTC.

If you change your place of residence, the Airbnb company you contract with will be determined by your new place of residence as specified above, from the date on which your place of residence changes.

Our collection and use of personal information in connection with your access to and use of the Airbnb Platform is described in our Privacy Policy.

Any and all payment processing services through or in connection with your use of the Airbnb Platform ("**Payment Services**") are provided to you by one or more Airbnb Payments entities (individually and collectively, as appropriate, "**Airbnb Payments**") as set out in the Payments Terms of Service ("**Payments Terms**").

Hosts alone are responsible for identifying, understanding, and complying with all laws, rules and regulations that apply to their Listings and Host Services. For example, some cities have laws that restrict their ability to host paying guests for short periods or provide certain Host Services. In many cities, Hosts may have to register, get a permit or obtain a license before preparing food or serving alcohol for sale. Some cities may require a license to guide tours or to sail. Host are alone responsible for identifying and obtaining any

required licenses, permits, or registrations for any Host Services they offer. Certain types of Host Services may be prohibited altogether. Penalties may include fines or other enforcement. We provide some information in our Help Center to help you identify some of the obligations that apply to you. If you have questions about how local laws apply to your Listing(s) and Host Service(s) on Airbnb, you should always seek legal guidance.

## Table of Contents

1. Scope of Airbnb Services
2. Eligibility, Using the Airbnb Platform, Member Verification
3. Modification of these Terms
4. Account Registration
5. Content
6. Service Fees
7. Terms specific for Hosts
8. Terms specific for Guests
9. Booking Modifications, Cancellations and Refunds, Resolution Center
10. Ratings and Reviews
11. Damage to Accommodations, Disputes between Members
12. Rounding off, Currency conversion
13. Taxes
14. Prohibited Activities
15. Term and Termination, Suspension and other Measures
16. Disclaimers
17. Liability
18. Indemnification
19. Dispute Resolution
20. Feedback
21. Applicable Law and Jurisdiction
22. General Provisions

## 1. Scope of Airbnb Services

1.1 The Airbnb Platform is an online marketplace that enables registered users ("**Members**") and certain third parties v offer services (Members and third parties who offer services are "**Hosts**" and the services they offer are "**Host Service** to publish such Host Services on the Airbnb Platform ("**Listings**") and to communicate and transact directly with Members that are seeking to book such Host Services (Members using Host Services are "**Guests**"). Host Services m include the offering of vacation or other properties for use ("**Accommodations**"), single or multi-day activities in variou categories ("**Experiences**"), access to unique events and locations ("**Events**"), and a variety of other travel and non-tra related services.

1.2 As the provider of the Airbnb Platform, Airbnb does not own, create, sell, resell, provide, control, manage, offer, de or supply any Listings or Host Services. Hosts alone are responsible for their Listings and Host Services. When Memb make or accept a booking, they are entering into a contract directly with each other. Airbnb is not and does not becom party to or other participant in any contractual relationship between Members, nor is Airbnb a real estate broker or insi Airbnb is not acting as an agent in any capacity for any Member, except as specified in the Payments Terms.

1.3 While we may help facilitate the resolution of disputes, Airbnb has no control over and does not guarantee (i) the existence, quality, safety, suitability, or legality of any Listings or Host Services, (ii) the truth or accuracy of any Listing descriptions, Ratings, Reviews, or other Member Content (as defined below), or (iii) the performance or conduct of any Member or third party. Airbnb does not endorse any Member, Listing or Host Services. Any references to a Member be "verified" (or similar language) only indicate that the Member has completed a relevant verification or identification process and nothing else. Any such description is not an endorsement, certification or guarantee by Airbnb about any Member, including of the Member's identity or background or whether the Member is trustworthy, safe or suitable. You should always exercise due diligence and care when deciding whether to stay in an Accommodation, participate in an Experience or Event or use other Host Services, accept a booking request from a Guest, or communicate and interact

with other Members, whether online or in person. Verified Images (as defined below) are intended only to indicate a photographic representation of a Listing at the time the photograph was taken, and are therefore not an endorsement Airbnb of any Host or Listing.

1.4 If you choose to use the Airbnb Platform as a Host or Co-Host (as defined below), your relationship with Airbnb is limited to being an independent, third-party contractor, and not an employee, agent, joint venturer or partner of Airbnb any reason, and you act exclusively on your own behalf and for your own benefit, and not on behalf, or for the benefit, Airbnb.

1.5 To promote the Airbnb Platform and to increase the exposure of Listings to potential Guests, Listings and other Member Content may be displayed on other websites, in applications, within emails, and in online and offline advertisements. To assist Members who speak different languages, Listings and other Member Content may be translated, in whole or in part, into other languages. Airbnb cannot guarantee the accuracy or quality of such translatio and Members are responsible for reviewing and verifying the accuracy of such translations. The Airbnb Platform may contain translations powered by Google. Google disclaims all warranties related to the translations, express or implied including any warranties of accuracy, reliability, and any implied warranties for merchantability, fitness for a particular purpose and noninfringement.

1.6 The Airbnb Platform may contain links to third-party websites or resources ("**Third-Party Services**"). Such Third-P Services may be subject to different terms and conditions and privacy practices. Airbnb is not responsible or liable for availability or accuracy of such Third-Party Services, or the content, products, or services available from such Third-Pa Services. Links to such Third-Party Services are not an endorsement by Airbnb of such Third-Party Services.

1.7 Due to the nature of the Internet, Airbnb cannot guarantee the continuous and uninterrupted availability and accessibility of the Airbnb Platform. Airbnb may restrict the availability of the Airbnb Platform or certain areas or featur thereof, if this is necessary in view of capacity limits, the security or integrity of our servers, or to carry out maintenanc measures that ensure the proper or improved functioning of the Airbnb Platform. Airbnb may improve, enhance and modify the Airbnb Platform and introduce new Airbnb Services from time to time.

## 2. Eligibility, Using the Airbnb Platform, Member Verification

2.1 You must be at least 18 years old and able to enter into legally binding contracts to access and use the Airbnb Platform or register an Airbnb Account. By accessing or using the Airbnb Platform you represent and warrant that you 18 or older and have the legal capacity and authority to enter into a contract.

2.2 You will comply with any applicable export control laws in your local jurisdiction. You also represent and warrant th neither you nor your Host Service(s) are located or take place in a country that is subject to a U.S. Government embar or that has been designated by the U.S. Government as a "terrorist supporting" country, and (ii) you are not listed on a U.S. Government list of prohibited or restricted parties.

2.3 Airbnb may make the access to and use of the Airbnb Platform, or certain areas or features of the Airbnb Platform, subject to certain conditions or requirements, such as completing a verification process, meeting specific quality or eligibility criteria, meeting Ratings or Reviews thresholds, or booking and cancellation history.

2.4 User verification on the Internet is difficult and we do not assume any responsibility for the confirmation of any Member's identity. Notwithstanding the above, for transparency and fraud prevention purposes, and as permitted by applicable laws, we may, but have no obligation to (i) ask Members to provide a form of government identification or o information or undertake additional checks designed to help verify the identities or backgrounds of Members, (ii) scree Members against third party databases or other sources and request reports from service providers, and (iii) where we have sufficient information to identify a Member, obtain reports from public records of criminal convictions or sex offer registrations or an equivalent version of background or registered sex offender checks in your local jurisdiction (if available).

2.5 The access to or use of certain areas and features of the Airbnb Platform may be subject to separate policies, standards or guidelines, or may require that you accept additional terms and conditions. If there is a conflict between

these Terms and terms and conditions applicable to a specific area or feature of the Airbnb Platform, the latter terms a
conditions will take precedence with respect to your access to or use of that area or feature, unless specified otherwi

2.6 If you access or download the Application from the Apple App Store, you agree to Apple's Licensed Application En
User License Agreement. Some areas of the Airbnb Platform implement Google Maps/Earth mapping services, includi
Google Maps API(s). Your use of Google Maps/Earth is subject to the Google Maps/Google Earth Additional Terms of
Service.

## 3. Modification of these Terms

Airbnb reserves the right to modify these Terms at any time in accordance with this provision. If we make changes to
these Terms, we will post the revised Terms on the Airbnb Platform and update the "Last Updated" date at the top of
these Terms. We will also provide you with notice of the modifications by email at least thirty (30) days before the date
they become effective. If you disagree with the revised Terms, you may terminate this Agreement with immediate effec
We will inform you about your right to terminate the Agreement in the notification email. If you do not terminate your
Agreement before the date the revised Terms become effective, your continued access to or use of the Airbnb Platfor
will constitute acceptance of the revised Terms.

## 4. Account Registration

4.1 You must register an account ("**Airbnb Account**") to access and use certain features of the Airbnb Platform, such
publishing or booking a Listing. If you are registering an Airbnb Account for a company or other legal entity, you repres
and warrant that you have the authority to legally bind that entity and grant us all permissions and licenses provided in
these Terms.

4.2 You can register an Airbnb Account using an email address and creating a password, or through your account with
certain third-party social networking services, such as Facebook or Google ("**SNS Account**"). You have the ability to
disable the connection between your Airbnb Account and your SNS Account at any time, by accessing the "Settings"
section of the Airbnb Platform.

4.3 You must provide accurate, current and complete information during the registration process and keep your Airbn
Account and public Airbnb Account profile page information up-to-date at all times.

4.4 You may not register more than one (1) Airbnb Account unless Airbnb authorizes you to do so. You may not assign
otherwise transfer your Airbnb Account to another party.

4.5 You are responsible for maintaining the confidentiality and security of your Airbnb Account credentials and may no
disclose your credentials to any third party. You must immediately notify Airbnb if you know or have any reason to sus
that your credentials have been lost, stolen, misappropriated, or otherwise compromised or in case of any actual or
suspected unauthorized use of your Airbnb Account. You are liable for any and all activities conducted through your
Airbnb Account, unless such activities are not authorized by you and you are not otherwise negligent (such as failing to
report the unauthorized use or loss of your credentials).

4.6 Airbnb may enable features that allow you to authorize other Members or certain third parties to take certain action
that affect your Airbnb Account. For example, we may allow Members associated with an Enterprise (as defined in our
Privacy Policy) to book for other Members, or we may allow Hosts to add other Members as Co-Hosts (as defined bel
to help manage their Listings. These features do not require that you share your credentials with any other person. No
third party is authorized by Airbnb to ask for your credentials, and you shall not request the credentials of another
Member.

## 5. Content

5.1 Airbnb may, at its sole discretion, enable Members to (i) create, upload, post, send, receive and store content, suc
text, photos, audio, video, or other materials and information on or through the Airbnb Platform ("**Member Content**");

(ii) access and view Member Content and any content that Airbnb itself makes available on or through the Airbnb Platf including proprietary Airbnb content and any content licensed or authorized for use by or through Airbnb from a third p ("**Airbnb Content**" and together with Member Content, "**Collective Content**").

5.2 The Airbnb Platform, Airbnb Content, and Member Content may in its entirety or in part be protected by copyright, trademark, and/or other laws of the United States and other countries. You acknowledge and agree that the Airbnb Platform and Airbnb Content, including all associated intellectual property rights, are the exclusive property of Airbnb and/or its licensors or authorizing third-parties. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Airbnb Platform, Airbnb Content or Mem Content. All trademarks, service marks, logos, trade names, and any other source identifiers of Airbnb used on or in connection with the Airbnb Platform and Airbnb Content are trademarks or registered trademarks of Airbnb in the Unit States and abroad. Trademarks, service marks, logos, trade names and any other proprietary designations of third par used on or in connection with the Airbnb Platform, Airbnb Content, and/or Collective Content are used for identificatio purposes only and may be the property of their respective owners.

5.3 You will not use, copy, adapt, modify, prepare derivative works of, distribute, license, sell, transfer, publicly display, publicly perform, transmit, broadcast or otherwise exploit the Airbnb Platform or Collective Content, except to the exte you are the legal owner of certain Member Content or as expressly permitted in these Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Airbnb or its licensors, except for the licenses and rights expressly granted in these Terms.

5.4 Subject to your compliance with these Terms, Airbnb grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to (i) download and use the Application on your personal device(s); and (ii) access view any Collective Content made available on or through the Airbnb Platform and accessible to you, solely for your personal and non-commercial use.

5.5 By creating, uploading, posting, sending, receiving, storing, or otherwise making available any Member Content on through the Airbnb Platform, you grant to Airbnb a non-exclusive, worldwide, royalty-free, irrevocable, perpetual (or fo term of the protection), sub-licensable and transferable license to such Member Content to access, use, store, copy, modify, prepare derivative works of, distribute, publish, transmit, stream, broadcast, and otherwise exploit in any mann such Member Content to provide and/or promote the Airbnb Platform, in any media or platform. Unless you provide specific consent, Airbnb does not claim any ownership rights in any Member Content and nothing in these Terms will b deemed to restrict any rights that you may have to use or exploit your Member Content.

5.6 Airbnb may offer Hosts the option of having professional photographers take photographs of their Host Services, which are made available by the photographer to Hosts to include in their Listings with or without a watermark or tag bearing the words "Airbnb.com Verified Photo" or similar wording ("**Verified Images**"). You are responsible for ensurin that your Host Service is accurately represented in the Verified Images and you will stop using the Verified Images on o through the Airbnb Platform if they no longer accurately represent your Listing, if you stop hosting the Host Service featured, or if your Airbnb Account is terminated or suspended for any reason. You acknowledge and agree that Airbn shall have the right to use any Verified Images in advertising, marketing and/or any other business purposes in any me or platform, whether in relation to your Listing or otherwise, without further notice or compensation to you. Where Airb is not the exclusive owner of Verified Images, by using such Verified Images on or through the Airbnb Platform, you gra to Airbnb an exclusive, worldwide, royalty-free, irrevocable, perpetual (or for the term of the protection), sub-licensable and transferable license to use such Verified Images for advertising, marketing and/or any other business purposes in media or platform, whether in relation to your Listing or otherwise, without further notice or compensation to you. Airb in turn grants you a limited, non-exclusive, non-sublicensable, revocable, non-transferable license to use Verified Imag outside of the Airbnb Platform solely for your personal and non-commercial use.

5.7 You are solely responsible for all Member Content that you make available on or through the Airbnb Platform. Accordingly, you represent and warrant that: (i) you either are the sole and exclusive owner of all Member Content that make available on or through the Airbnb Platform or you have all rights, licenses, consents and releases that are necessary to grant to Airbnb the rights in and to such Member Content, as contemplated under these Terms; and (ii) neither the Member Content nor your posting, uploading, publication, submission or transmittal of the Member Conten Airbnb's use of the Member Content (or any portion thereof) will infringe, misappropriate or violate a third party's pater

copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights of publicity privacy, or result in the violation of any applicable law or regulation.

5.8 You will not post, upload, publish, submit or transmit any Member Content that: (i) is fraudulent, false, misleading (directly or by omission or failure to update information) or deceptive; (ii) is defamatory, libelous, obscene, pornograph vulgar or offensive; (iii) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (iv) is violent or threatening or promotes violence or actions that are threatening to any other person; (v) promot illegal or harmful activities or substances; or (vi) violates Airbnb's Content Policy or any other Airbnb policy. Airbnb ma without prior notice, remove or disable access to any Member Content that Airbnb finds to be in violation of these Ter or Airbnb's then-current Policies or Standards, or otherwise may be harmful or objectionable to Airbnb, its Members, t parties, or property.

5.9 Airbnb respects copyright law and expects its Members to do the same. If you believe that any content on the Airt Platform infringes copyrights you own, please notify us in accordance with our Copyright Policy.

# 6. Service Fees

6.1 Airbnb may charge fees to Hosts ("**Host Fees**") and/or Guests ("**Guest Fees**") (collectively, "**Service Fees**") in consideration for the use of the Airbnb Platform. More information about when Service Fees apply and how they are calculated can be found on our Service Fees page.

6.2 Any applicable Service Fees (including any applicable Taxes) will be displayed to a Host or Guest prior to publishir booking a Listing. Airbnb reserves the right to change the Service Fees at any time, and we will provide Members adequate notice of any fee changes before they become effective.

6.3 You are responsible for paying any Service Fees that you owe to Airbnb. The applicable Service Fees are due and payable and collected by Airbnb Payments pursuant to the Payments Terms. Except as otherwise provided on the Airt Platform, Service Fees are non-refundable.

# 7. Terms specific for Hosts

## 7.1 Terms applicable to all Listings

7.1.1 When creating a Listing through the Airbnb Platform you must (i) provide complete and accurate information abo your Host Service (such as listing description, location, and calendar availability), (ii) disclose any deficiencies, restricti (such as house rules) and requirements that apply (such as any minimum age, proficiency or fitness requirements for a Experience) and (iii) provide any other pertinent information requested by Airbnb. You are responsible for keeping your Listing information (including calendar availability) up-to-date at all times.

7.1.2 You are solely responsible for setting a price (including any Taxes if applicable) for your Listing ("**Listing Fee**"). O a Guest requests a booking of your Listing, you may not request that the Guest pays a higher price than in the bookin request.

7.1.3 Any terms and conditions included in your Listing, in particular in relation to cancellations, must not conflict with these Terms or the cancellation policy you have selected for your Listing.

7.1.4 Pictures, animations or videos (collectively, "**Images**") used in your Listings must accurately reflect the quality ar condition of your Host Services. Airbnb reserves the right to require that Listings have a minimum number of Images c certain format, size and resolution.

7.1.5 The placement and ranking of Listings in search results on the Airbnb Platform may vary and depend on a variet factors, such as Guest search parameters and preferences, Host requirements, price and calendar availability, number and quality of Images, customer service and cancellation history, Reviews and Ratings, type of Host Service, and/or e of booking.

7.1.6 When you accept or have pre-approved a booking request by a Guest, you are entering into a legally binding agreement with the Guest and are required to provide your Host Service(s) to the Guest as described in your Listing w the booking request is made. You also agree to pay the applicable Host Fee and any applicable Taxes, which will be collected pursuant to the Payments Terms.

7.1.7 Airbnb recommends that Hosts obtain appropriate insurance for their Host Services. Please review any respectiv insurance policy carefully, and in particular make sure that you are familiar with and understand any exclusions to, and deductibles that may apply for, such insurance policy, including, but not limited to, whether or not your insurance polic will cover the actions or inactions of Guests (and the individuals the Guest has booked for, if applicable) while staying your Accommodation or participating in your Experience, Event or other Host Service.

## 7.2 Listing Accommodations

7.2.1 You may only list one Accommodation per Listing.

7.2.2 If you choose to require a security deposit for your Accommodation, you must specify this in your Listing ("**Secu Deposit**"). Hosts are not allowed to ask for a Security Deposit after a booking has been confirmed or outside of the Ai Platform. Airbnb will use commercially reasonable efforts to address Hosts' requests and claims related to Security Deposits, but Airbnb is not responsible for administering or accepting any claims by Hosts related to Security Deposit

7.2.3 You represent and warrant that any Listing you post and the booking of, or a Guest's stay at, an Accommodatior (i) not breach any agreements you have entered into with any third parties, such as homeowners association, condominium, or other agreements, and (ii) comply with all applicable laws (such as zoning laws), Tax requirements, an other rules and regulations (including having all required permits, licenses and registrations). As a Host, you are responsible for your own acts and omissions and are also responsible for the acts and omissions of any individuals wh reside at or are otherwise present at the Accommodation at your request or invitation, excluding the Guest (and the individuals the Guest invites to the Accommodation, if applicable).

## 7.3 Listing Experiences, Events and other Host Services

7.3.1 To list an Experience, Event or other Host Service, you must create a Listing and submit the Experience, Event o Host Service to Airbnb. To be considered for publishing on the Airbnb Platform, Experiences, Events or other Host Services must at all times meet the quality standards for Experiences and meet Guest demand. Airbnb reserves the rig to decide, in its sole discretion, if a submitted Experience, Event or other Host Service will be published on the Airbnb Platform.

7.3.2 When listing an Experience, Event or other Host Service you must, where applicable, fully educate and inform Guests about (i) any risks inherent to the Experience, Event or other Host Service, (ii) any requirements for participation such as the minimum age, related skills, level of fitness or other requirements, and (iii) anything else they may need to know to safely participate in the Experience, Event or other Host Service (including dress codes, equipment, special certifications or licenses, etc.).

7.3.3 If you wish to list an Experience on behalf of a Nonprofit ("Social Impact Experience"), you must comply with the eligibility requirements for hosting a Social Impact Experience. When listing a Social Impact Experience you (i) represent and warrant that you are duly authorized to act on behalf of your Nonprofit and (ii) acknowledge and agree th all payouts will be directed to an account owned by your Nonprofit. You and your Nonprofit acknowledge that listing a Social Impact Experience does not create a commercial fundraising or co-venturer, or charitable trust relationship with Airbnb and Airbnb is not a professional fundraiser or commercial participator. Nonprofits, and not Airbnb, are responsi for determining what, if any, portion of their Listing Fee is a charitable contribution and for providing Guests charitable receipts for any applicable charitable contributions. You and your Nonprofit are solely responsible for complying with a laws that apply to your organization and your Social Impact Experience.

7.3.4 You represent and warrant that you (i) understand and comply with all laws, rules and regulations that may apply your Experience, Event or other Host Service(s), and (ii) will obtain any required licenses, permits, or registrations prior

providing your Experience, Event or other Host Service(s). You can find additional information about some of the legal obligations that may apply to you on our Responsible Hosting pages.

7.3.5 You must provide an Experience, Event or other Host Service in person and may not allow any third party to prov the Experience, Event or other Host Service on your behalf, unless authorized by Airbnb.

## 7.4 Co-Hosts

7.4.1 Airbnb may enable Hosts to authorize other Members ("**Co-Hosts**") to administer the Host's Listing(s), and to bin the Host and take certain actions in relation to the Listing(s) as permitted by the Host, such as accepting booking requests, messaging and welcoming Guests, and updating the Listing Fee and calendar availability (collectively, "**Co-H Services**"). Any agreement formed between Host and Co-Host may not conflict with these Terms and the Payments Terms. Co-Hosts may only act in an individual capacity and not on behalf of a company or other organization, unless expressly authorized by Airbnb. Airbnb reserves the right, in our sole discretion, to limit the number of Co-Hosts a Hos may invite for each Listing and to limit the number of Listings a Co-Host may manage.

7.4.2 Hosts and Co-Hosts may agree on a fee ("**Co-Host Services Fee**") in consideration for the Co-Host Services provided by the Co-Host. When such an agreement is made, the Host agrees to pay the Co-Host Services Fee for any confirmed booking of their Listing, which will be deducted directly from the Listing Fee after deduction of any applicab Host Fee. In addition, Hosts may instruct a Co-Host to provide certain one-time services in relation to their Listing. Ho can pay Co-Hosts for one-time services and any other expenses using the Resolution Center. Airbnb Payments will process Co-Host Services Fees and Resolution Center payments pursuant to the Payments Terms.

7.4.3 Hosts and Co-Hosts agree that each activity, booking, or other transaction reported on the Airbnb Platform, including any Co-Host Services provided by the Co-Host and any amounts due from a Host to the Co-Host for the provision of such services, will be deemed accurate, correct and binding, unless challenged, by notifying the other per and Airbnb (by emailing host-exp@airbnb.com), within 21 days of posting of the disputed activity, booking or other transaction on the Airbnb Platform.

7.4.4 Hosts should exercise due diligence and care when deciding who to add as a Co-Host to their Listing(s). Hosts remain solely responsible and liable for any and all Listings and Member Content published on the Airbnb Platform, including any Listing created by a Co-Host on their behalf. Further, Hosts remain responsible and liable for their own a and omissions, including, but not limited to, conduct that causes harm or damage to the Co-Host(s). Co-Hosts remain responsible and liable for their own acts and omissions when engaging in their roles and responsibilities as a Co-Host including, but not limited to, conduct that causes harm or damage to the Host. In addition, both Host and Co-Host are jointly responsible and severally liable for third party claims, including Guest claims, arising from the acts and omission the other person as related to hosting activities, communications with Guests, and the provision of any Co-Host Servic

7.4.5 Unless agreed otherwise by Host and Co-Host, Host and Co-Host may terminate the Co-Host agreement at any time. In addition, both Host and Co-Host acknowledge that their Co-hosting relationship will terminate in the event tha Airbnb (i) terminates the Co-Host service or (ii) terminates either party's participation in the Co-Host service. When the Host agreement is terminated, the Host will remain responsible for all of the Co-Host's actions prior to the termination, including the responsibility to fulfill any pending or future bookings initiated prior to the termination. When a Member is removed as a Co-Host, that Member will no longer have access to any Host or Guest information related to the applic Host's Listing(s). In addition, Host agrees to pay Co-Host for all Co-Host Services completed prior to Co-Host's termination within 14 days of Co-Host's termination via the Resolution Center. A Co-Host will not be entitled to any fee for any Co-Host Services that have not been completed prior to the Co-Host's termination.

7.4.6 As a Co-Host, you will not be reviewed by Guests, meaning that your Co-Host activities will not affect your Revie or Ratings for other Listings for which you are a Host. Instead, the Host of such Listing(s) will be reviewed by Guests (including potentially on the basis of the Co-Host's conduct and performance). Hosts acknowledge that Reviews and Ratings from Guests for their Listing(s) may be impacted by a Co-Host's conduct and performance.

## 8. Terms specific for Guests

**8.1 Terms applicable to all bookings**

8.1.1 Subject to meeting any requirements (such as completing any verification processes) set by the Host, you can book a Listing available on the Airbnb Platform by following the respective booking process. All applicable fees, including the Listing Fee, Security Deposit (if applicable), Guest Fee and any applicable Taxes (collectively, "**Total Fees**") will be presented to you prior to booking a Listing. You agree to pay the Total Fees for any booking requested in connection with your Airbnb Account.

8.1.2 Upon receipt of a booking confirmation from Airbnb, a legally binding agreement is formed between you and your Host, subject to any additional terms and conditions of the Host that apply, including in particular the applicable cancellation policy and any rules and restrictions specified in the Listing. Airbnb Payments will collect the Total Fees at the time of the booking request or upon the Host's confirmation pursuant to the Payments Terms.

8.1.3 If you book a Host Service on behalf of additional guests, you are required to ensure that every additional guest meets any requirements set by the Host, and is made aware of and agrees to these Terms and any terms and conditions, rules and restrictions set by the Host. If you are booking for an additional guest who is a minor, you represent and warrant that you are legally authorized to act on behalf of the minor. Minors may only participate in an Experience, Event or other Host Service if accompanied by an adult who is responsible for them.

## 8.2 Booking Accommodations

8.2.1 You understand that a confirmed booking of an Accommodation ("**Accommodation Booking**") is a limited license granted to you by the Host to enter, occupy and use the Accommodation for the duration of your stay, during which time the Host (only where and to the extent permitted by applicable law) retains the right to re-enter the Accommodation, in accordance with your agreement with the Host.

8.2.2 You agree to leave the Accommodation no later than the checkout time that the Host specifies in the Listing or such other time as mutually agreed upon between you and the Host. If you stay past the agreed upon checkout time without the Host's consent ("**Overstay**"), you no longer have a license to stay in the Accommodation and the Host is entitled to make you leave in a manner consistent with applicable law. In addition, you agree to pay, if requested by the Host, for each twenty-four (24) hour period (or any portion thereof) that you Overstay, an additional nightly fee of up to two (2) times the average nightly Listing Fee originally paid by you to cover the inconvenience suffered by the Host, plus all applicable Guest Fees, Taxes, and any legal expenses incurred by the Host to make you leave (collectively, "**Overstay Fees**"). Overstay Fees for late checkouts on the checkout date that do not impact upcoming bookings may be limited to the additional costs incurred by the Host as a result of such Overstay. Airbnb Payments will collect Overstay Fees from you pursuant to the Payments Terms. A Security Deposit, if required by a Host, may be applied to any Overstay Fees due for a Guest's Overstay.

## 8.3 Booking Experiences, Events and other Host Services

8.3.1 You should carefully review the description of any Experience, Event or other Host Service you intend to book to ensure you (and any additional guests you are booking for) meet any minimum age, proficiency, fitness or other requirements which the Host has specified in their Listing. You are required to inform the Host of any medical or physical conditions, or other circumstances that may impact your and any additional guest's ability to safely participate in any Experience, Event or other Host Service. In addition, certain laws, like the minimum legal drinking age in the location of the Experience, Event or other Host Service, may also apply. You are responsible for identifying, understanding, and complying with all laws, rules and regulations that apply to your participation in an Experience, Event or other Host Service.

8.3.2 Before and during an Experience, Event or other Host Service you must at all times adhere to the Hosts' instructions.

8.3.3 You may not bring any additional individuals to an Experience, Event or other Host Service unless such an individual was added by you as an additional guest during the booking process on the Airbnb Platform.

## 9. Booking Modifications, Cancellations and Refunds, Resolution Center

9.1 Hosts and Guests are responsible for any modifications to a booking that they make via the Airbnb Platform or dire Airbnb customer service to make ("**Booking Modifications**"), and agree to pay any additional Listing Fees, Host Fees Guest Fees and/or Taxes associated with such Booking Modifications.

9.2 Guests can cancel a confirmed booking at any time subject to the Listing's cancellation policy, and Airbnb Paymen will provide any refund to the Guest in accordance with such cancellation policy. Unless extenuating circumstances ex any amounts due to the Host under the applicable cancellation policy will be remitted to the Host by Airbnb Payments pursuant to the Payments Terms.

9.3 If a Host cancels a confirmed booking, the Guest will receive a full refund of the Total Fees for such booking and Airbnb may publish an automated review on the Listing cancelled by the Host indicating that a booking was cancelled addition, Airbnb may (i) keep the calendar for the Listing unavailable or blocked for the dates of the cancelled booking and/or (ii) impose a cancellation fee, unless the Host has a valid reason for cancelling the booking pursuant to Airbnb's Extenuating Circumstances Policy or has legitimate concerns about the Guest's behavior.

9.4 For Experiences, Events and other Host Services, if inclement weather creates an unsafe or uncomfortable scenar for Guests, Hosts may modify or cancel a Host Service. If there is a substantial change in the itinerary or the Host Serv needs to be cancelled, Airbnb will work with the Host to provide Guests an alternative date for the Host Service, an appropriate refund or a rebooking.

9.5 In certain circumstances, Airbnb may decide, in its sole discretion, that it is necessary to cancel a confirmed booki and make appropriate refund and payout decisions. This may be for reasons set forth in Airbnb's Extenuating Circumstances Policy or (i) where Airbnb believes in good faith, while taking the legitimate interests of both parties into account, this is necessary to avoid significant harm to Airbnb, other Members, third parties or property, or (ii) for any o reasons set out in these Terms.

9.6 If a Guest suffers a Travel Issue pursuant to the Guest Refund Policy, Airbnb may determine, in its sole discretion, refund the Guest part or all of the Total Fees in accordance with the Guest Refund Policy.

9.7 Members may use the Resolution Center to send or request money for refunds, additional Host Services, Co-Host Services or Damage Claims related to bookings. You agree to pay all amounts sent through the Resolution Center in connection with your Airbnb Account, and Airbnb Payments will handle all such payments pursuant to the Payments Terms.

## 10. Ratings and Reviews

10.1 Within a certain timeframe after completing a booking, Guests and Hosts can leave a public review ("**Review**") ar submit a star rating ("**Rating**") about each other. Any Ratings or Reviews reflect the opinion of individual Members and not reflect the opinion of Airbnb. Ratings and Reviews are not verified by Airbnb for accuracy and may be incorrect or misleading.

10.2 Ratings and Reviews by Guests and Hosts must be fair, truthful and factual and may not contain any offensive or defamatory language. Ratings and Reviews must comply with Airbnb's Content Policy and Extortion Policy.

10.3 Members are prohibited from manipulating the Ratings and Reviews system in any manner, such as instructing a third party write a positive or negative Review about another Member.

## 11. Damage to Accommodations, Disputes between Members

11.1 As a Guest, you are responsible for leaving the Accommodation (including any personal or other property located the Accommodation) in the condition it was in when you arrived. You are responsible for your own acts and omissions are also responsible for the acts and omissions of any individuals whom you invite to, or otherwise provide access to, Accommodation, excluding the Host (and the individuals the Host invites to the Accommodation, if applicable).

11.2 If a Host claims and provides evidence that you as a Guest have damaged an Accommodation or any personal o other property at an Accommodation ("**Damage Claim**"), the Host can seek payment from you through the Resolution Center. If a Host escalates a Damage Claim to Airbnb, you will be given an opportunity to respond. If you agree to pay Host, or Airbnb determines in its sole discretion that you are responsible for the Damage Claim, Airbnb Payments will collect any such sums from you and/or against the Security Deposit (if applicable) required to cover the Damage Claim pursuant to the Payments Terms. Airbnb also reserves the right to otherwise collect payment from you and pursue any remedies available to Airbnb in this regard in situations in which you are responsible for a Damage Claim, including, bu not limited to, in relation to any payment requests made by Hosts under the Airbnb Host Guarantee.

11.3 Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information an take such actions as may be reasonably requested by Airbnb, in connection with any Damage Claims or other compla or claims made by Members relating to Accommodations or any personal or other property located at an Accommoda (including, without limitation, payment requests made under the Airbnb Host Guarantee), Experiences, or Co-Host agreements. A Member shall, upon Airbnb's reasonable request and at no cost to the Member, participate in mediatio a similar resolution process with another Member, which process will be conducted by Airbnb or a third party selected Airbnb or its insurer, with respect to losses for which a Member is requesting payment from Airbnb (including but not limited to payments under the Airbnb Host Guarantee).

11.4 If you are a Guest or a Co-Host, you understand and agree that Airbnb may make a claim under your homeowner renter's or other insurance policy related to any damage or loss that you may have caused, or been responsible for, to Accommodation or any personal or other property located at an Accommodation (including without limitation amounts paid by Airbnb under the Airbnb Host Guarantee). You agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information as may be reasonably requested by Airbnb, to make a claim under your homeowner's, renter's or other insurance policy, including, but not limited to, executing documents and taking such further acts as Airbnb may reasonably request to assist Airbnb in accomplishing the foregoing.

## 12. Rounding off, Currency conversion

12.1 Airbnb may, in its sole discretion, round up or round down amounts that are payable from or to Guests or Hosts t the nearest whole functional base unit in which the currency is denominated (i.e. to the nearest dollar, euro or other supported currency); for example, Airbnb will round up an amount of $101.50 to $102.00, and round down an amount $101.49 to $101.00. For currencies that are denominated in large numbers, Airbnb may determine the functional base in which those currencies are denominated to be 10, 100 or 1,000 of the currency; for example, Airbnb may round up amount of 1,045 up to 1,050 and 1,044 down to 1,040, or 837,500 up to 838,000 and 837,499 down to 837,000.

12.2 The Airbnb Platform facilitates bookings between Guests and Hosts who may prefer to pay in a currency differen from their destination currency, which may require currency conversions to accommodate these differing currency preferences. Although the Airbnb Platform allows Members to view the price of Listings in a number of currencies, the currencies available for Members to make and receive payments may be limited, and may not include the default curre in any given geographic location. Details regarding currency conversion, including any associated fees, are detailed in the Payments Terms.

## 13. Taxes

13.1 As a Host you are solely responsible for determining your obligations to report, collect, remit or include in your Lis Fees any applicable VAT or other indirect sales taxes, occupancy tax, tourist or other visitor taxes or income taxes ("**Taxes**").

13.2 Tax regulations may require us to collect appropriate Tax information from Hosts, or to withhold Taxes from payou to Hosts, or both. If a Host fails to provide us with documentation that we determine to be sufficient to alleviate our obligation (if any) to withhold Taxes from payouts to you, we reserve the right to freeze all payouts, withhold such amo as required by law, or to do both, until resolution.

13.3 You understand that any appropriate governmental agency, department and/or authority ("**Tax Authority**") where your Accommodation is located may require Taxes to be collected from Guests or Hosts on Listing Fees, and to be

remitted to the respective Tax Authority. The laws in jurisdictions may vary, but these Taxes may be required to be collected and remitted as a percentage of the Listing Fees set by Hosts, a set amount per day, or other variations, and sometimes called "transient occupancy taxes," "hotel taxes," "lodging taxes," "city taxes," "room taxes" or "tourist tax ("**Occupancy Taxes**").

13.4 In certain jurisdictions, Airbnb may decide in its sole discretion to facilitate collection and remittance of Occupanc Taxes from or on behalf of Guests or Hosts, in accordance these Terms ("**Collection and Remittance**") if such jurisdic asserts Airbnb or Hosts have an Occupancy Tax collection and remittance obligation. In any jurisdiction in which we decide to facilitate direct Collection and Remittance, you hereby instruct and authorize Airbnb (via Airbnb Payments) to collect Occupancy Taxes from Guests on the Host's behalf at the time Listing Fees are collected, and to remit such Occupancy Taxes to the Tax Authority. The amount of Occupancy Taxes, if any, collected and remitted by Airbnb will b visible to and separately stated to both Guests and Hosts on their respective transaction documents. Where Airbnb is facilitating Collection and Remittance, Hosts are not permitted to collect any Occupancy Taxes being collected by Airb relating to their Accommodations in that jurisdiction.

13.5 You agree that any claim or cause of action relating to Airbnb's facilitation of Collection and Remittance of Occupancy Taxes shall not extend to any supplier or vendor that may be used by Airbnb in connection with facilitation Collection and Remittance, if any. Guests and Hosts agree that we may seek additional amounts from you in the event that the Taxes collected and/or remitted are insufficient to fully discharge your obligations to the Tax Authority, and agr that your sole remedy for Occupancy Taxes collected is a refund of Occupancy Taxes collected by Airbnb from the applicable Tax Authority in accordance with applicable procedures set by that Tax Authority.

13.6 Airbnb reserves the right, with prior notice to Hosts, to cease the Collection and Remittance in any jurisdiction for reason at which point Hosts and Guests are once again solely responsible and liable for the collection and/or remittan of any and all Occupancy Taxes that may apply to Accommodations in that jurisdiction.

## 14. Prohibited Activities

14.1 You are solely responsible for compliance with any and all laws, rules, regulations, and Tax obligations that may a to your use of the Airbnb Platform. In connection with your use of the Airbnb Platform, you will not and will not assist o enable others to:

- breach or circumvent any applicable laws or regulations, agreements with third-parties, third-party rights, or our Terms, Policies or Standards;
- use the Airbnb Platform or Collective Content for any commercial or other purposes that are not expressly permitte by these Terms or in a manner that falsely implies Airbnb endorsement, partnership or otherwise misleads others a your affiliation with Airbnb;
- copy, store or otherwise access or use any information, including personally identifiable information about any oth Member, contained on the Airbnb Platform in any way that is inconsistent with Airbnb's Privacy Policy or these Ter or that otherwise violates the privacy rights of Members or third parties;
- use the Airbnb Platform in connection with the distribution of unsolicited commercial messages ("spam");
- offer, as a Host, any Accommodation that you do not yourself own or have permission to make available as a residential or other property through the Airbnb Platform;
- unless Airbnb explicitly permits otherwise, book any Listing if you will not actually be using the Host Services your
- contact another Member for any purpose other than asking a question related to a your own booking, Listing, or th Member's use of the Airbnb Platform, including, but not limited to, recruiting or otherwise soliciting any Member to join third-party services, applications or websites, without our prior written approval;
- use the Airbnb Platform to request, make or accept a booking independent of the Airbnb Platform, to circumvent a Service Fees or for any other reason;
- request, accept or make any payment for Listing Fees outside of the Airbnb Platform or Airbnb Payments. If you d so, you acknowledge and agree that you: (i) would be in breach of these Terms; (ii) accept all risks and responsibili for such payment, and (iii) hold Airbnb harmless from any liability for such payment;
- discriminate against or harass anyone on the basis of race, national origin, religion, gender, gender identity, physic mental disability, medical condition, marital status, age or sexual orientation, or otherwise engage in any abusive o disruptive behavior;

- use, display, mirror or frame the Airbnb Platform or Collective Content, or any individual element within the Airbnb Platform, Airbnb's name, any Airbnb trademark, logo or other proprietary information, or the layout and design of any page or form contained on a page in the Airbnb Platform, without Airbnb's express written consent;
- dilute, tarnish or otherwise harm the Airbnb brand in any way, including through unauthorized use of Collective Content, registering and/or using Airbnb or derivative terms in domain names, trade names, trademarks or other source identifiers, or registering and/or using domains names, trade names, trademarks or other source identifiers closely imitate or are confusingly similar to Airbnb domains, trademarks, taglines, promotional campaigns or Collective Content;
- use any robots, spider, crawler, scraper or other automated means or processes to access, collect data or other content from or otherwise interact with the Airbnb Platform for any purpose;
- avoid, bypass, remove, deactivate, impair, descramble, or otherwise attempt to circumvent any technological measure implemented by Airbnb or any of Airbnb's providers or any other third party to protect the Airbnb Platform;
- attempt to decipher, decompile, disassemble or reverse engineer any of the software used to provide the Airbnb Platform;
- take any action that damages or adversely affects, or could damage or adversely affect the performance or proper functioning of the Airbnb Platform;
- export, re-export, import, or transfer the Application except as authorized by United States law, the export control laws of your jurisdiction, and any other applicable laws; or
- violate or infringe anyone else's rights or otherwise cause harm to anyone.

14.2 You acknowledge that Airbnb has no obligation to monitor the access to or use of the Airbnb Platform by any Member or to review, disable access to, or edit any Member Content, but has the right to do so to (i) operate, secure and improve the Airbnb Platform (including without limitation for fraud prevention, risk assessment, investigation and customer support purposes); (ii) ensure Members' compliance with these Terms; (iii) comply with applicable law or the order or requirement of a court, law enforcement or other administrative agency or governmental body; (iv) respond to Member Content that it determines is harmful or objectionable; or (v) as otherwise set forth in these Terms. Members agree to cooperate with and assist Airbnb in good faith, and to provide Airbnb with such information and take such actions as may be reasonably requested by Airbnb with respect to any investigation undertaken by Airbnb or a representative of Airbnb regarding the use or abuse of the Airbnb Platform.

14.3 If you feel that any Member you interact with, whether online or in person, is acting or has acted inappropriately, including but not limited to anyone who (i) engages in offensive, violent or sexually inappropriate behavior, (ii) you suspect of stealing from you, or (iii) engages in any other disturbing conduct, you should immediately report such person to the appropriate authorities and then to Airbnb by contacting us with your police station and report number (if available); provided that your report will not obligate us to take any action beyond that required by law (if any) or cause us to incur any liability to you.

## 15. Term and Termination, Suspension and other Measures

15.1 This Agreement shall be effective for a 30-day term, at the end of which it will automatically and continuously renew for subsequent 30-day terms until such time when you or Airbnb terminate the Agreement in accordance with this provision.

15.2 You may terminate this Agreement at any time via the "Cancel Account" feature on the Airbnb Platform or by sending us an email. If you cancel your Airbnb Account as a Host, any confirmed booking(s) will be automatically cancelled and your Guests will receive a full refund. If you cancel your Airbnb Account as a Guest, any confirmed booking(s) will be automatically cancelled and any refund will depend upon the terms of the Listing's cancellation policy.

15.3 Without limiting our rights specified below, Airbnb may terminate this Agreement for convenience at any time by giving you thirty (30) days' notice via email to your registered email address.

15.4 Airbnb may immediately, without notice terminate this Agreement if (i) you have materially breached your obligations under these Terms, the Payments Terms, our Policies or Standards, (ii) you have violated applicable laws, regulations or third party rights, or (iii) Airbnb believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, or third parties (for example in the case of fraudulent behavior of a Member).

15.5 In addition, Airbnb may take any of the following measures (i) to comply with applicable law, or the order or reque of a court, law enforcement or other administrative agency or governmental body, or if (ii) you have breached these Te the Payments Terms, our Policies or Standards, applicable laws, regulations, or third party rights, (iii) you have provide inaccurate, fraudulent, outdated or incomplete information during the Airbnb Account registration, Listing process or thereafter, (iv) you and/or your Listings or Host Services at any time fail to meet any applicable quality or eligibility crite (v) you have repeatedly received poor Ratings or Reviews or Airbnb otherwise becomes aware of or has received complaints about your performance or conduct, (vi) you have repeatedly cancelled confirmed bookings or failed to respond to booking requests without a valid reason, or (vii) Airbnb believes in good faith that such action is reasonably necessary to protect the personal safety or property of Airbnb, its Members, or third parties, or to prevent fraud or oth illegal activity:

- refuse to surface, delete or delay any Listings, Ratings, Reviews, or other Member Content;
- cancel any pending or confirmed bookings;
- limit your access to or use of the Airbnb Platform;
- temporarily or permanently revoke any special status associated with your Airbnb Account; or
- temporarily or in case of severe or repeated offenses permanently suspend your Airbnb Account.

In case of non-material breaches and where appropriate, you will be given notice of any intended measure by Airbnb a an opportunity to resolve the issue to Airbnb's reasonable satisfaction.

15.6 If we take any of the measures described above (i) we may refund your Guests in full for any and all confirmed bookings that have been cancelled, irrespective of preexisting cancellation policies, and (ii) you will not be entitled to a compensation for pending or confirmed bookings that were cancelled.

15.7 When this Agreement has been terminated, you are not entitled to a restoration of your Airbnb Account or any of Member Content. If your access to or use of the Airbnb Platform has been limited or your Airbnb Account has been suspended or this Agreement has been terminated by us, you may not register a new Airbnb Account or access and u the Airbnb Platform through an Airbnb Account of another Member.

15.8 Unless you reside in Germany, if you or we terminate this Agreement, the clauses of these Terms that reasonably should survive termination of the Agreement will remain in effect.

# 16. Disclaimers

**If you choose to use the Airbnb Platform or Collective Content, you do so voluntarily and at your sole risk. The Airbnb Platform and Collective Content is provided "as is", without warranty of any kind, either express or impl**

**You agree that you have had whatever opportunity you deem necessary to investigate the Airbnb Services, law rules, or regulations that may be applicable to your Listings and/or Host Services you are receiving and that yo are not relying upon any statement of law or fact made by Airbnb relating to a Listing.**

**If we choose to conduct identity verification or background checks on any Member, to the extent permitted by applicable law, we disclaim warranties of any kind, either express or implied, that such checks will identify prio misconduct by a Member or guarantee that a Member will not engage in misconduct in the future.**

**You agree that some Experiences, Events or other Host Services may carry inherent risk, and by participating i those Host Services, you choose to assume those risks voluntarily. For example, some Host Services may carr risk of illness, bodily injury, disability, or death, and you freely and willfully assume those risks by choosing to participate in those Host Services. You assume full responsibility for the choices you make before, during and a your participation in a Host Service. If you are bringing a minor as an additional guest, you are solely responsib for the supervision of that minor throughout the duration of your Host Service and to the maximum extent permitted by law, you agree to release and hold harmless Airbnb from all liabilities and claims that arise in any from any injury, death, loss or harm that occurs to that minor during the Host Service or in any way related to y Host Service.**

The foregoing disclaimers apply to the maximum extent permitted by law. You may have other statutory rights. However, the duration of statutorily required warranties, if any, shall be limited to the maximum extent permitted by law.

## 17. Liability

**17.1 Unless you reside in the EU, you acknowledge and agree that, to the maximum extent permitted by law, the entire risk arising out of your access to and use of the Airbnb Platform and Collective Content, your publishing or booking of any Listing via the Airbnb Platform, your stay at any Accommodation, participation in any Experience, Event or use of any other Host Service or any other interaction you have with other Members whether in person or online remains with you. Neither Airbnb nor any other party involved in creating, producing, or delivering the Airbnb Platform or Collective Content will be liable for any incidental, special, exemplary or consequential damages, including lost profits, loss of data or loss of goodwill, service interruption, computer damage or system failure or the cost of substitute products or services, or for any damages for personal or bodily injury or emotional distress arising out of or in connection with (i) these Terms, (ii) from the use of or inability to use the Airbnb Platform or Collective Content, (iii) from any communications, interactions or meetings with other Members or other persons with whom you communicate, interact or meet with as a result of your use of the Airbnb Platform, or (iv) from your publishing or booking of a Listing, including the provision or use of a Listing's Host Services, whether based on warranty, contract, tort (including negligence), product liability or any other legal theory, and whether or not Airbnb has been informed of the possibility of such damage, even if a limited remedy set forth herein is found to have failed of its essential purpose. Except for our obligations to pay amounts to applicable Hosts pursuant to these Terms or an approved payment request under the Airbnb Host Guarantee, in no event will Airbnb's aggregate liability arising out of or in connection with these Terms and your use of the Airbnb Platform including, but not limited to, from your publishing or booking of any Listings via the Airbnb Platform, or from the use of or inability to use the Airbnb Platform or Collective Content and in connection with any Accommodation, Experiences, Event or other Host Service, or interactions with any other Members, exceed the amounts you have paid or owe for bookings via the Airbnb Platform as a Guest in the twelve (12) month period prior to the event giving rise to the liability, or if you are a Host, the amounts paid by Airbnb to you in the twelve (12) month period prior to the event giving rise to the liability, or one hundred U.S. dollars (US$100), if no such payments have been made, as applicable. The limitations of damages set forth above are fundamental elements of the basis of the bargain between Airbnb and you. Some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, so the above limitation may not apply to you. If you reside outside of the U.S., this does not affect Airbnb's liability for death or personal injury arising from its negligence, nor for fraudulent misrepresentation, misrepresentation as to a fundamental matter or any other liability which cannot be excluded or limited under applicable law.**

**17.2 If you reside in the EU, Airbnb is liable under statutory provisions for intent and gross negligence by us, our legal representatives, directors, or other vicarious agents. The same applies to the assumption of guarantees or any other strict liability, or in case of a culpable injury to life, limb, or health. Airbnb is liable for any negligent breaches of essential contractual obligations by us, our legal representatives, directors, or other vicarious agents. Essential contractual obligations are such duties of Airbnb in whose proper fulfilment you regularly trust and may trust for the proper execution of the contract but the amount shall be limited to the typically occurring foreseeable damage. Any additional liability of Airbnb is excluded.**

## 18. Indemnification

You agree to release, defend (at Airbnb's option), indemnify, and hold Airbnb and its affiliates and subsidiaries, and their officers, directors, employees and agents, harmless from and against any claims, liabilities, damages, losses, and expenses, including, without limitation, reasonable legal and accounting fees, arising out of or in any way connected with (i) your breach of these Terms or our Policies or Standards, (ii) your improper use of the Airbnb Platform or any Airbnb Services, (iii) your interaction with any Member, stay at an Accommodation, participation in an Experience, Event or other Host Service, including without limitation any injuries, losses or damages (whether compensatory, direct, incidental, consequential or otherwise) of any kind arising in connection with or as a result of such interaction, stay, participation

use, (iv) Airbnb's Collection and Remittance of Occupancy Taxes, or (v) your breach of any laws, regulations or third pa
rights.

## 19. Dispute Resolution and Arbitration Agreement

19.1 This Dispute Resolution and Arbitration Agreement shall apply if you (i) reside in the United States; or (ii) do not re
in the United States, but bring any claim against Airbnb in the United States (to the extent not in conflict with Section 2

19.2 *Overview of Dispute Resolution Process*. Airbnb is committed to participating in a consumer-friendly dispute
resolution process. To that end, these Terms provide for a two-part process for individuals to whom Section 19.1 appli
(1) an informal negotiation directly with Airbnb's customer service team, and (2) a binding arbitration administered by t
American Arbitration Association ("**AAA**") using its specially designed Consumer Arbitration Rules (as modified by this
Section 19). Specifically, the process provides:

- Claims can be filed with AAA online (www.adr.org);
- Arbitrators must be neutral and no party may unilaterally select an arbitrator;
- Arbitrators must disclose any bias, interest in the result of the arbitration, or relationship with any party;
- Parties retain the right to seek relief in small claims court for certain claims, at their option;
- The initial filing fee for the consumer is capped at $200;
- The consumer gets to elect the hearing location and can elect to participate live, by phone, video conference, or, f
  claims under $25,000, by the submission of documents;
- The arbitrator can grant any remedy that the parties could have received in court to resolve the party's individual
  claim.

19.3 *Pre-Arbitration Dispute Resolution and Notification*. Prior to initiating an arbitration, you and Airbnb each agree to
notify the other party of the dispute and attempt to negotiate an informal resolution to it first. We will contact you at the
email address you have provided to us; you can contact Airbnb's customer service team by emailing us. If after a good
faith effort to negotiate one of us feels the dispute has not and cannot be resolved informally, the party intending to pu
arbitration agrees to notify the other party via email prior to initiating the arbitration. In order to initiate arbitration, a cla
must be filed with the AAA and the written Demand for Arbitration (available at www.adr.org) provided to the other part
as specified in the AAA Rules.

19.4 *Agreement to Arbitrate*. **You and Airbnb mutually agree that any dispute, claim or controversy arising out o
relating to these Terms or the breach, termination, enforcement or interpretation thereof, or to the use of the
Airbnb Platform, the Host Services, or the Collective Content (collectively, "Disputes") will be settled by binding
arbitration (the "Arbitration Agreement"). If there is a dispute about whether this Arbitration Agreement can be
enforced or applies to our Dispute, you and Airbnb agree that the arbitrator will decide that issue.**

19.5 *Exceptions to Arbitration Agreement*. You and Airbnb each agree that the following claims are exceptions to the
Arbitration Agreement and will be brought in a judicial proceeding in a court of competent jurisdiction: (i) Any claim rela
to actual or threatened infringement, misappropriation or violation of a party's copyrights, trademarks, trade secrets,
patents, or other intellectual property rights; (ii) Any claim seeking emergency injunctive relief based on exigent
circumstances (e.g., imminent danger or commission of a crime, hacking, cyber-attack).

19.6 *Arbitration Rules and Governing Law*. This Arbitration Agreement evidences a transaction in interstate commerce
thus the Federal Arbitration Act governs the interpretation and enforcement of this provision. The arbitration will be
administered by AAA in accordance with the Consumer Arbitration Rules (the "**AAA Rules**") then in effect, except as
modified here. The AAA Rules are available at www.adr.org or by calling the AAA at 1–800–778–7879.

19.7 *Modification to AAA Rules - Arbitration Hearing/Location*. In order to make the arbitration most convenient to you
Airbnb agrees that any required arbitration hearing may be conducted, at your option, (a) in the county where you resid
(b) in San Francisco County; (c) in any other location to which you and Airbnb both agree; (d) via phone or video
conference; or (e) for any claim or counterclaim under $25,000, by solely the submission of documents to the arbitrato

19.8 *Modification of AAA Rules - Attorney's Fees and Costs*. You may be entitled to seek an award of attorney fees an
expenses if you prevail in arbitration, to the extent provided under applicable law and the AAA rules. Unless the arbitra

determines that your claim was frivolous or filed for the purpose of harassment, Airbnb agrees it will not seek, and here
waives all rights it may have under applicable law or the AAA rules, to recover attorneys' fees and expenses if it prevai
arbitration.

19.9 *Arbitrator's Decision*. The arbitrator's decision will include the essential findings and conclusions upon which the
arbitrator based the award. Judgment on the arbitration award may be entered in any court with proper jurisdiction. Th
arbitrator may award declaratory or injunctive relief only on an individual basis and only to the extent necessary to pro
relief warranted by the claimant's individual claim.

**19.10 *Jury Trial Waiver*. You and Airbnb acknowledge and agree that we are each waiving the right to a trial by j
as to all arbitrable Disputes.**

**19.11 *No Class Actions or Representative Proceedings*. You and Airbnb acknowledge and agree that we are ea
waiving the right to participate as a plaintiff or class member in any purported class action lawsuit, class-wide
arbitration, private attorney-general action, or any other representative proceeding as to all Disputes. Further,
unless you and Airbnb both otherwise agree in writing, the arbitrator may not consolidate more than one party'
claims and may not otherwise preside over any form of any class or representative proceeding. If this paragrap
held unenforceable with respect to any Dispute, then the entirety of the Arbitration Agreement will be deemed
with respect to such Dispute.**

19.12 *Severability*. Except as provided in Section 19.11, in the event that any portion of this Arbitration Agreement is
deemed illegal or unenforceable, such provision shall be severed and the remainder of the Arbitration Agreement shall
given full force and effect.

19.13 *Changes*. Notwithstanding the provisions of Section 3 ("Modification of these Terms"), if Airbnb changes this
Section 19 ("Dispute Resolution and Arbitration Agreement") after the date you last accepted these Terms (or accepte
any subsequent changes to these Terms), you may reject any such change by sending us written notice (including by
email) within thirty (30) days of the date such change became effective, as indicated in the "Last Updated" date above
in the date of Airbnb's email to you notifying you of such change. By rejecting any change, you are agreeing that you v
arbitrate any Dispute between you and Airbnb in accordance with the provisions of the "Dispute Resolution and
Arbitration Agreement" section as of the date you last accepted these Terms (or accepted any subsequent changes to
these Terms).

19.14 *Survival*. Except as provided in Section 19.12 and subject to Section 15.8, this Section 19 will survive any
termination of these Terms and will continue to apply even if you stop using the Airbnb Platform or terminate your Airb
Account.

## 20. Feedback

We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Airbnb
Platform ("**Feedback**"). You may submit Feedback by emailing us, through the "Contact" section of the Airbnb Platforr
or by other means of communication. Any Feedback you submit to us will be considered non-confidential and non-
proprietary to you. By submitting Feedback to us, you grant us a non-exclusive, worldwide, royalty-free, irrevocable, s
licensable, perpetual license to use and publish those ideas and materials for any purpose, without compensation to y

## 21. Applicable Law and Jurisdiction

21.1 If you reside in the United States, these Terms will be interpreted in accordance with the laws of the State of
California and the United States of America, without regard to conflict-of-law provisions. Judicial proceedings (other th
small claims actions) that are excluded from the Arbitration Agreement in Section 19 must be brought in state or feder
court in San Francisco, California, unless we both agree to some other location. You and we both consent to venue ar
personal jurisdiction in San Francisco, California.

21.2 If you reside in China these Terms will be interpreted in accordance with the laws of China ("**China Laws**"). Any
dispute arising from or in connection with this Agreement shall be submitted to the China International Economic and

Trade Arbitration Commission (CIETAC) for arbitration in Beijing which shall be conducted in accordance with CIETAC's arbitration rules in effect at the time of applying for arbitration, provided that this section shall not be construed to limit any rights which Airbnb may have to apply to any court of competent jurisdiction for an order requiring you to perform be prohibited from performing certain acts and other provisional relief permitted under China Laws or any other laws that may apply to you. The arbitration proceedings shall be conducted in English. The arbitral award rendered is final and binding upon both parties.

21.3 If you reside outside of the United States and China, these Terms will be interpreted in accordance with Irish law. application of the United Nations Convention on Contracts for the International Sale of Goods (CISG) is excluded. The choice of law does not impact your rights as a consumer according to the consumer protection regulations of your country of residence. If you are acting as a consumer, you agree to submit to the non-exclusive jurisdiction of the Irish courts. Judicial proceedings that you are able to bring against us arising from or in connection with these Terms may be brought in a court located in Ireland or a court with jurisdiction in your place of residence. If Airbnb wishes to enforce any of its rights against you as a consumer, we may do so only in the courts of the jurisdiction in which you are a resid If you are acting as a business, you agree to submit to the exclusive jurisdiction of the Irish courts.

## 22. General Provisions

22.1 Except as they may be supplemented by additional terms and conditions, policies, guidelines or standards, these Terms constitute the entire Agreement between Airbnb and you pertaining to the subject matter hereof, and supersede any and all prior oral or written understandings or agreements between Airbnb and you in relation to the access to and use of the Airbnb Platform.

22.2 No joint venture, partnership, employment, or agency relationship exists between you and Airbnb as a result of th Agreement or your use of the Airbnb Platform.

22.3 These Terms do not and are not intended to confer any rights or remedies upon any person other than the parties

22.4 If any provision of these Terms is held to be invalid or unenforceable, such provision will be struck and will not aff the validity and enforceability of the remaining provisions.

22.5 Airbnb's failure to enforce any right or provision in these Terms will not constitute a waiver of such right or provisi unless acknowledged and agreed to by us in writing. Except as expressly set forth in these Terms, the exercise by eith party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise permitted under law.

22.6 You may not assign, transfer or delegate this Agreement and your rights and obligations hereunder without Airbn prior written consent. Airbnb may without restriction assign, transfer or delegate this Agreement and any rights and obligations hereunder, at its sole discretion, with 30 days prior notice. Your right to terminate this Agreement at any tim remains unaffected.

22.7 Unless specified otherwise, any notices or other communications to Members permitted or required under this Agreement, will be in writing and given by Airbnb via email, Airbnb Platform notification, or messaging service (includin SMS and WeChat). For notices made to Members residing outside of Germany, the date of receipt will be deemed the date on which Airbnb transmits the notice.

22.8 If you reside in the EU you can access the European Commission's online dispute resolution platform here: http://ec.europa.eu/consumers/odr. Please note that Airbnb Ireland is not committed nor obliged to use an alternative dispute resolution entity to resolve disputes with consumers.

22.9 If you have any questions about these Terms please email us.