# EXHIBIT 19

**Exhibit 19**
**-313-**

| | |
|---|---|
| **From:** | Michael Mogan <mm@michaelmogan.com> |
| **Sent:** | Monday, June 24, 2019 12:39 PM |
| **To:** | Michele Floyd |
| **Cc:** | Adrianna Rubino |
| **Subject:** | RE: FW: Veronica McCluskey v. Airbnb, Inc. - Case 01-18-0003-7337 |

Ok that works. Ill email arbitrator momentarily.

Thanks

Michael

> On June 24, 2019 at 12:36 PM Michele Floyd <MFloyd@srclaw.com> wrote:
>
> Sorry! You are right. Let's make it July 15 for your supplemental opposition, and July 29th for Airbnb's reply. Will that work? If so and if you could communicate to the arbitrator, that would be great.
>
>
> Thanks!
>
>
> Michele



**Michele Floyd**

Partner

Sacks, Ricketts & Case, LLP

177 Post Street, Suite 650

San Francisco, CA 94108

(415) 504-3070 (Direct)

(415) 549-0640 (Fax)

(415) 549-0580 (Main)

1

**Exhibit 19**
-314-

mfloyd@srclaw.com

www.sacksrickettscase.com

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Michael Mogan [mailto:mm@michaelmogan.com]
**Sent:** Monday, June 24, 2019 12:16 PM
**To:** Michele Floyd <MFloyd@srclaw.com>
**Cc:** Adrianna Rubino <arubino@srclaw.com>
**Subject:** RE: FW: Veronica McCluskey v. Airbnb, Inc. - Case 01-18-0003-7337

Hi Michele,

We owe arbitrator a response on briefing schedule. I don't know what day works for you so if Claimant's reply is due July 9th you can set deadline July 24th or whatever works thereafter and you can either email arbitrator directly or let me know and I can. If you choose a date after July 24th just use 15 days before as due date for claimant's brief.

Thank you,

Michael

> On June 19, 2019 at 4:10 PM Michael Mogan <mm@michaelmogan.com> wrote:
>
> Michele
>
> Ok I can complete Claimant's supplemental brief by Tuesday July 9th and you can file your reply 15 days thereafter. If that causes a conflict with your schedule just move due date on Claimant's brief later that week so its due 15 days before your proposed due date. Claimant did dismiss the CLRA claim without prejudice for now.
>
> Thanks
>
> Michael

2

**Exhibit 19**
**-315-**

On June 19, 2019 at 3:38 PM Michele Floyd <MFloyd@srclaw.com> wrote:

Thanks Michael. I have no problem at all with that—a 7 page supplemental brief is fine and then Airbnb will respond to your Opp and supplemental opp in one single reply.  My recollection is that you dismissed the CLRA claims for now without prejudice and thereby eliminated briefing on any of those issues—is that correct? I'm pretty tied up until July 3 and  then am going to be out of town for the holiday so if we could have your supplemental opp due after the holiday and then our reply 15 days later, that would be great.  let me know if that works generally and if so, what date you want to file your supp opp on.

Thanks very much for your continued courtesy with scheduling—it is always appreciated!

Michele



**Michele Floyd**

Partner

Sacks, Ricketts & Case, LLP

177 Post Street, Suite 650

San Francisco, CA 94108

(415) 504-3070 (Direct)

(415) 549-0640 (Fax)

(415) 549-0580 (Main)

mfloyd@srclaw.com

www.sacksrickettscase.com

3

**Exhibit 19**
**-316-**

<u>Circular 230 Notice:</u> In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Michael Mogan [mailto:mm@michaelmogan.com]
**Sent:** Wednesday, June 19, 2019 3:29 PM
**To:** Michele Floyd <MFloyd@srclaw.com>
**Cc:** Adrianna Rubino <arubino@srclaw.com>
**Subject:** Re: FW: Veronica McCluskey v. Airbnb, Inc. - Case 01-18-0003-7337

Hi Michele

I don't oppose you being able to file a reply. However what I do request is 7 page supplemental briefing due upon a mutually agreed upon date and can accommodate your schedule for the due date of such supplemental briefing. You then would have opportunity to file your reply. I outlined in Claimant's response to your motion the issues you raised which I believe were not agreed upon in regards to the scope of your motion and Claimant was essentially forced to respond to each of these issues in her response.

If you oppose any type of supplemental briefing just let me know and I'll send an email to the arbitrator requesting ability to do so by tomorrow. Claimant needs a telephonic hearing as well and yes we can set something up based on the arbitrator's and your convenience after briefing is concluded.

Thank you,

Michael

On June 19, 2019 at 2:54 PM Michele Floyd <MFloyd@srclaw.com> wrote:

Hi Michael:  I'm writing per the arbitrator's final paragraph.  Since we have Airbnb's motion almost fully briefed, we would like to have it heard.  Let me know if you will stipulate, and if so we should submit a proposed schedule. Since the arbitrator is out from June 28 to July 10, I would propose that we file the reply right when he gets back and have it heard at his convenience thereafter.  I'll check with my client to see if they will waive hearing to expedite the process.

If you are ok with all of this, I can draft a stipulation to submit so let me know.

Best,

Michele



**Michele Floyd**

Partner

Sacks, Ricketts & Case, LLP

177 Post Street, Suite 650

San Francisco, CA 94108

(415) 504-3070 (Direct)

(415) 549-0640 (Fax)

(415) 549-0580 (Main)

mfloyd@srclaw.com

5

**Exhibit 19**
**-318-**

www.sacksrickettscase.com

<u>Circular 230 Notice:</u> In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Alan Jampol [mailto:ajampol@enensteinlaw.com]
**Sent:** Wednesday, June 19, 2019 12:58 PM
**To:** Jacqueline E. Young <jyoung@srclaw.com>; Michele Floyd <MFloyd@srclaw.com>; Adrianna Rubino <arubino@srclaw.com>; mm@michaelmogan.com
**Cc:** LuciaMacias@adr.org
**Subject:** Veronica McCluskey v. Airbnb, Inc. - Case 01-18-0003-7337

All,

    Here is Pre-hearing Order No. 6, which is the ruling on Claimant's dispositive motion, which I characterize as a motion to dismiss the arbitration. Please note the last section (Further Activity).

    Thanks, Alan Jampol

6

**Exhibit 19**
**-319-**

**ALAN R. JAMPOL**
Senior Counsel



12121 Wilshire Blvd, Suite 600
Los Angeles, CA  90025
310-899-2070 (T)
310-614-4149 (M)
www.enensteinlaw.com



Arbitrator, American Arbitration Association

View my profile

Certified Specialist
Legal Malpractice Law

The information in this e-mail and any associated attachments is intended for the confidential use of the addressees only. The information contained herein may be subject to the attorney-client privilege and/or is attorney work-product. If you are not an addressee or an authorized agent responsible for delivering this e-mail to a designated addressee, you have received this e-mail in error. Any further review, distribution, copying or forwarding of this e-mail is strictly prohibited. Please notify us immediately at (310) 899-2070 if you have received this e-mail in error. Thank you.

Michael Mogan
Law Office of Michael Mogan P.C.
4470 W Sunset Blvd #90256
Los Angeles, CA 90027
Office: (949) 424-5237
Fax: (949) 630-0477

7

**Exhibit 19**
**-320-**

This e-mail message, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system. You are hereby notified that any use, dissemination, distribution and/or reproduction of this message and/or any attachments by unintended recipients is unauthorized and may be unlawful. Furthermore, although we have taken precautions to minimize the risk of transmitting software viruses, we advise you to perform your own virus checks on any attachment to this message. We do not accept liability for any loss or damage caused by software viruses.

Michael Mogan
Law Office of Michael Mogan P.C.
4470 W Sunset Blvd #90256
Los Angeles, CA 90027
Office: (949) 424-5237
Fax: (949) 630-0477


This e-mail message, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system. You are hereby notified that any use, dissemination, distribution and/or reproduction of this message and/or any attachments by unintended recipients is unauthorized and may be unlawful. Furthermore, although we have taken precautions to minimize the risk of transmitting software viruses, we advise you to perform your own virus checks on any attachment to this message. We do not accept liability for any loss or damage caused by software viruses.

Michael Mogan
Law Office of Michael Mogan P.C.
4470 W Sunset Blvd #90256
Los Angeles, CA 90027
Office: (949) 424-5237
Fax: (949) 630-0477

This e-mail message, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system. You are hereby notified that any use, dissemination, distribution and/or reproduction of this message and/or any attachments by unintended recipients is unauthorized and may be unlawful. Furthermore, although we have taken precautions to minimize the risk of transmitting software viruses, we advise you to perform your own virus checks on any attachment to this message. We do not accept liability for any loss or damage caused by software viruses.

Michael Mogan
Law Office of Michael Mogan P.C.
4470 W Sunset Blvd #90256
Los Angeles, CA 90027
Office: (949) 424-5237
Fax: (949) 630-0477

This e-mail message, including any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system. You are hereby notified that any use, dissemination, distribution and/or reproduction of this message and/or any attachments by unintended recipients is unauthorized and may be unlawful. Furthermore, although we have taken precautions to minimize the risk of transmitting software viruses, we advise you to perform your own virus checks on any attachment to this message. We do not accept liability for any loss or damage caused by software viruses.