JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA McCLUSKEY,<br><br>        Petitioner,<br><br>v.<br><br>AIRBNB, INC.,<br><br>        Respondent. | Case No. CV 19-9613 PA (PJWx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's January 7, 2020 Minute Order denying the Motion to Vacate Arbitration Award and dismissing with prejudice the Petition and First Amended Petition to Vacate Arbitration Award filed by petitioner Veronica McCluskey, it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that Respondent Airbnb, Inc. shall have its costs of suit.

DATED: January 7, 2020

                                                    Percy Anderson
                                       UNITED STATES DISTRICT JUDGE